| NO | IP | PORT | Torrent Hash |
|---|---|---|---|
| 6 | 172.241.251.164 | 56109 | 294727237E09BE24C1FBA92C3F20118397B9B7BA |
| 558 | 172.241.251.164 | 51473 | F9CCF2A487FBEBD093974E5C0A7FE160FD58CDEE |
| 576 | 172.241.251.164 | 49315 | 6F1CD8A4CB34A8F909D469CC8B4523DD49B687F1 |
| 580 | 172.241.251.164 | 59775 | 9E3F9F1BD486EB810DA9C22357F7A3A1C4EF87DA |
| 739 | 172.241.251.164 | 53564 | B42890081DFE3EDB198A58A11E7296AA8C5E5FB1 |
| 900 | 172.241.251.164 | 51993 | 4EA369F772EE73A9A017B66DB902266FD45BAF0A |
| 914 | 172.241.251.164 | 51547 | 0B686D7ADECF4B7416933E3418C77DF8A9DD3897 |
| 952 | 172.241.251.164 | 52420 | B213854F79C66FEA02A09DF5A546C6FC6790D3AB |
| 1156 | 172.241.251.164 | 52169 | B213854F79C66FEA02A09DF5A546C6FC6790D3AB |
| 1166 | 172.241.251.164 | 53545 | E14966740CF1587CC3910280BC44984D5D9D4D71 |
| 1250 | 172.241.251.164 | 63181 | 3AC7E2FEFD60D48D06074C3413B22EFA8B84AE65 |
| 1274 | 172.241.251.164 | 63276 | 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 |
| 2067 | 172.241.251.164 | 53262 | F28F254E61F2D98D40AD1578C6B5318931647304 |
| 2085 | 172.241.251.164 | 54601 | F90A026EFC451B2C714991D7D4D60E88682490B3 |
| 2136 | 172.241.251.164 | 47621 | 7857CD9BFD755381EA65EBD51B532CA38D13D670 |
| 2268 | 172.241.251.164 | 56027 | 005203D95DF16B56CF9CF3CB5BA40E4EA35BC8A2 |
| 2277 | 172.241.251.164 | 62148 | 51CEF1CF6C244EB03780CEC8A2C55C97109D0752 |
| 2279 | 172.241.251.164 | 51374 | AF452CBDEEBBD99B9727BC7A99A4FEFB0C71891A |
| 2302 | 172.241.251.164 | 63744 | 51CEF1CF6C244EB03780CEC8A2C55C97109D0752 |
| 2303 | 172.241.251.164 | 52817 | 005203D95DF16B56CF9CF3CB5BA40E4EA35BC8A2 |
| 2304 | 172.241.251.164 | 54479 | AF452CBDEEBBD99B9727BC7A99A4FEFB0C71891A |
| 2402 | 172.241.251.164 | 62855 | 7039812A0936F3B421C8D00E2E462BE7CE530665 |
| 2725 | 172.241.251.164 | 7573 | 0E0C7C72849C2F38DF37BBE2D5C1203A937CD7F9 |
| 2731 | 172.241.251.164 | 24300 | 87F22A63F877D066192CB16DD13417D6C1629704 |
| 2732 | 172.241.251.164 | 42361 | 87F22A63F877D066192CB16DD13417D6C1629704 |
| 2821 | 172.241.251.164 | 63248 | 6B15AE6D31D1C71821140DBE6D146F5B35B0123F |
| 3300 | 172.241.251.164 | 60874 | C82BEA96B992CD0E9A1AD0D073D5F3258EF475CB |
| 3544 | 172.241.251.164 | 4904 | 909925403C16871C00149BD5AB7A2DC57C92E3E2 |
| 3636 | 172.241.251.164 | 55951 | 99D7078E9713B464F303C76A175AFB7E0C9A267B |
| 4349 | 172.241.251.164 | 53542 | B8B4F8A391F2500A4F7E2C4EE179D193F1B2011E |
| 4350 | 172.241.251.164 | 53719 | C9326DD0B7E4E8C69471B79FA50C774FD9D1BFF7 |
| 4351 | 172.241.251.164 | 54397 | C9326DD0B7E4E8C69471B79FA50C774FD9D1BFF7 |
| 4359 | 172.241.251.164 | 59054 | B8B4F8A391F2500A4F7E2C4EE179D193F1B2011E |
| 6089 | 172.241.251.164 | 58777 | 4EAC532DD7CD6AA874086E08E29A34D2E8592FD0 |

**Exhibit "2"**

| | | | |
|---|---|---|---|
| 7168 | 172.241.251.164 | 52314 | 71419365F665CE515FDF8E8DDBDA9DCD923C0770 |
| 7182 | 172.241.251.164 | 62723 | 71419365F665CE515FDF8E8DDBDA9DCD923C0770 |
| 10054 | 172.241.251.164 | 49933 | 6B15AE6D31D1C71821140DBE6D146F5B35B0123F |
| 11315 | 172.241.251.164 | 64088 | 9D52745487E52DA5CB4D9EAF1722500B518345FE |
| 11883 | 172.241.251.164 | 43648 | A8E67D0729403456EB9281E44809B912185F6BBA |
| 11980 | 172.241.251.164 | 60467 | 632613270A1D1F66429CA070C9ED5CB980357471 |
| 11985 | 172.241.251.164 | 63369 | 632613270A1D1F66429CA070C9ED5CB980357471 |
| 12034 | 172.241.251.164 | 64846 | D40B61A71BEC34FC48EF723471C4002210170FEA |
| 12038 | 172.241.251.164 | 56318 | 5EDBBB19EE56DEBB16ADD98E2DC744C646B828CB |
| 12056 | 172.241.251.164 | 62663 | D34FFCA625CBAD4A456129FA9092115CCB99B367 |
| 12104 | 172.241.251.164 | 60763 | D40B61A71BEC34FC48EF723471C4002210170FEA |
| 12114 | 172.241.251.164 | 57998 | D34FFCA625CBAD4A456129FA9092115CCB99B367 |
| 12130 | 172.241.251.164 | 59783 | 5EDBBB19EE56DEBB16ADD98E2DC744C646B828CB |
| 12177 | 172.241.251.164 | 56499 | 7039812A0936F3B421C8D00E2E462BE7CE530665 |
| 12414 | 172.241.251.164 | 64808 | 306D5BC278E9EABEC36306B8215A184EFD9EA96C |
| 12420 | 172.241.251.164 | 50336 | 9435DC073B34022D1C4325721DC21DA5DA3741FB |
| 12424 | 172.241.251.164 | 49585 | 9435DC073B34022D1C4325721DC21DA5DA3741FB |
| 12451 | 172.241.251.164 | 2300 | FE8B78DC450AB8639966C50A23AC8A32B4A52EC5 |
| 12615 | 172.241.251.164 | 49390 | 953283FDD83D2ACE2574014831E80FF8FDEAD3AF |
| 12627 | 172.241.251.164 | 63427 | 9D52745487E52DA5CB4D9EAF1722500B518345FE |
| 12628 | 172.241.251.164 | 64017 | 9D52745487E52DA5CB4D9EAF1722500B518345FE |
| 13297 | 172.241.251.164 | 59703 | 662EE632B38D51F742A04CCAF76AEBD66F05CF83 |
| 13339 | 172.241.251.164 | 65108 | 3A3CB9DEF1FCEB22260F4146F77934FC0ECDCF43 |
| 13464 | 172.241.251.164 | 51926 | 3A3CB9DEF1FCEB22260F4146F77934FC0ECDCF43 |
| 14015 | 172.241.251.164 | 52535 | 9090532B69513F182F2ACDE30F3A13F1549D3641 |
| 14516 | 172.241.251.164 | 59916 | FDC243A672FE723E36543346F43BCD784D74424B |
| 14702 | 172.241.251.164 | 62416 | 953283FDD83D2ACE2574014831E80FF8FDEAD3AF |
| 15269 | 172.241.251.164 | 51832 | AFDE7396148730F05CE6A332D881474BF5E20C01 |
| 15270 | 172.241.251.164 | 51857 | AFDE7396148730F05CE6A332D881474BF5E20C01 |
| 15575 | 172.241.251.164 | 58689 | 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B |
| 15592 | 172.241.251.164 | 54524 | 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B |
| 15624 | 172.241.251.164 | 61599 | F90A026EFC451B2C714991D7D4D60E88682490B3 |
| 15751 | 172.241.251.164 | 65415 | 76900E3A91EE159E5BD548DD9A1E1D17C6E9415C |
| 15995 | 172.241.251.164 | 52391 | 6E04742B9B6B16DF44C425A53B8F61AC55A4A507 |
| 16146 | 172.241.251.164 | 60207 | B5413E7C6D447B09237BE6441C01BD80067BC8F1 |

| | | | |
|---|---|---|---|
| 16228 | 172.241.251.164 | 59559 | ABC280EEE1584BD65179FA738D76FB03B18BB36C |
| 16327 | 172.241.251.164 | 54649 | D6BAEA4D7DF7FB8BCD625CE840AD454E56EAC79E |
| 16371 | 172.241.251.164 | 45967 | 2AF44F126070737556355B60DA0ECBE41C729499 |
| 16380 | 172.241.251.164 | 61343 | BDDE0504DD4751B175A6B04D77081B124C8D1D22 |
| 16384 | 172.241.251.164 | 56357 | 6E04742B9B6B16DF44C425A53B8F61AC55A4A507 |
| 16434 | 172.241.251.164 | 62840 | A1C029D0DE486DECB87BBA311BE312950073D808 |
| 16439 | 172.241.251.164 | 61807 | A2FA194F084C755DBD4D8B69048DEAF3D4B2622D |
| 16442 | 172.241.251.164 | 56932 | 746367BD424F7F97B153277EB7FB6C2500F26C24 |
| 16647 | 172.241.251.164 | 55508 | D6BAEA4D7DF7FB8BCD625CE840AD454E56EAC79E |
| 16769 | 172.241.251.164 | 50404 | 2371A72B9B6B2115F53BDC7C545D4F86F5467569 |
| 17303 | 172.241.251.164 | 52442 | F28F254E61F2D98D40AD1578C6B5318931647304 |
| 17524 | 172.241.251.164 | 63572 | A16A3EFC72A87B15B786B5817BAD892D29187E71 |
| 17588 | 172.241.251.164 | 58120 | 9B208C8DC9C724781FC4B7BD311485D4EF52F170 |
| 17710 | 172.241.251.164 | 62306 | F139C39FD3D1A94CC980BD863659EA225A0AAA4A |
| 17901 | 172.241.251.164 | 53703 | 11C2CBB1E482E59752830E55AD414A1B13A94F98 |
| 19065 | 172.241.251.164 | 54913 | F139C39FD3D1A94CC980BD863659EA225A0AAA4A |
| 19133 | 172.241.251.164 | 2458 | 366E7197F042D2383E6951AFDB52D5DC6DCE663F |
| 19142 | 172.241.251.164 | 27573 | 366E7197F042D2383E6951AFDB52D5DC6DCE663F |
| 19304 | 172.241.251.164 | 49309 | 873BB7B4CB3220751F281F8F630DAC6A9AB22F9C |
| 19335 | 172.241.251.164 | 55253 | F594FC573FECF1A6D23233E3838F33CA00C9D71B |
| 19357 | 172.241.251.164 | 56843 | F594FC573FECF1A6D23233E3838F33CA00C9D71B |
| 19523 | 172.241.251.164 | 63491 | 6011A4DDA8A4BC8E2265B26C05C66D7B8F1E0858 |
| 19554 | 172.241.251.164 | 49821 | 77CF3DD60DFCC2C7FD96EAD1C676DA5588639F70 |
| 19557 | 172.241.251.164 | 50463 | 77CF3DD60DFCC2C7FD96EAD1C676DA5588639F70 |
| 20047 | 172.241.251.164 | 55272 | E26033D508848774394E885C4E584985CDF5F5A1 |
| 20064 | 172.241.251.164 | 57925 | E26033D508848774394E885C4E584985CDF5F5A1 |
| 20190 | 172.241.251.164 | 61926 | 66E5F8DF24466FDAB9005801E2258E727C2E8F1C |
| 20191 | 172.241.251.164 | 63346 | 66E5F8DF24466FDAB9005801E2258E727C2E8F1C |
| 20391 | 172.241.251.164 | 52016 | 04749E5D5004B71CE2DD1997B412740D833F829D |
| 20467 | 172.241.251.164 | 51533 | 04749E5D5004B71CE2DD1997B412740D833F829D |
| 20915 | 172.241.251.164 | 62033 | B3AD70A196EB95F3B78B34CE5E572816A46E4125 |
| 20937 | 172.241.251.164 | 36019 | A8E67D0729403456EB9281E44809B912185F6BBA |
| 20940 | 172.241.251.164 | 59647 | D1B9C2C7649EF7607265F93A56E866A06CC648E4 |
| 21120 | 172.241.251.164 | 62671 | FDC243A672FE723E36543346F43BCD784D74424B |
| 21387 | 172.241.251.164 | 500 | 6EC7EA6BF1009CD57A5D0AD0CB4FD75971EA0596 |

| | | | |
|---|---|---|---|
| 21428 | 172.241.251.164 | 52454 | 6DE1A28916146057B06616FA8B57F7F2123CDA31 |
| 21565 | 172.241.251.164 | 64192 | 6DE1A28916146057B06616FA8B57F7F2123CDA31 |
| 21610 | 172.241.251.164 | 50582 | BDACD67047D044F873F7CA7BFD8214CE5B451224 |
| 21615 | 172.241.251.164 | 54667 | 4238E33BDC5AB848021DED2B5457419DF56FFF9A |
| 21634 | 172.241.251.164 | 53402 | BDACD67047D044F873F7CA7BFD8214CE5B451224 |
| 21671 | 172.241.251.164 | 61468 | 306D5BC278E9EABEC36306B8215A184EFD9EA96C |
| 21689 | 172.241.251.164 | 60175 | 8EB87C31B3079267A5D25403FDFDDC5910F9113A |
| 21847 | 172.241.251.164 | 58009 | 6DE1A28916146057B06616FA8B57F7F2123CDA31 |
| 21848 | 172.241.251.164 | 57488 | 6DE1A28916146057B06616FA8B57F7F2123CDA31 |
| 21922 | 172.241.251.164 | 63709 | 29F75A0609A4CF3BD1B9C171AAC70ADF3868F38D |
| 21957 | 172.241.251.164 | 60995 | D79A6C0FC829A412C4801938A96D6D7F52BE4E48 |
| 21978 | 172.241.251.164 | 55192 | D79A6C0FC829A412C4801938A96D6D7F52BE4E48 |
| 22476 | 172.241.251.164 | 63783 | ABC280EEE1584BD65179FA738D76FB03B18BB36C |
| 23267 | 172.241.251.164 | 56881 | A1C029D0DE486DECB87BBA311BE312950073D808 |
| 23366 | 172.241.251.164 | 55109 | 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C |
| 23380 | 172.241.251.164 | 50714 | 349D5AD8F6232D6973CA0A509B4DE780F3E6FD3D |
| 23418 | 172.241.251.164 | 60077 | 0B8A179B330989562A50FB515A2E0A3504C7CE07 |
| 23419 | 172.241.251.164 | 64755 | 746367BD424F7F97B153277EB7FB6C2500F26C24 |
| 23434 | 172.241.251.164 | 52358 | A2FA194F084C755DBD4D8B69048DEAF3D4B2622D |
| 23453 | 172.241.251.164 | 55618 | FE8EA7545B2D024A29B6C7B210474FB8F61C44DF |
| 23653 | 172.241.251.164 | 1720 | 873BB7B4CB3220751F281F8F630DAC6A9AB22F9C |
| 24269 | 172.241.251.164 | 54903 | 2AF44F126070737556355B60DA0ECBE41C729499 |
| 24958 | 172.241.251.164 | 57313 | 76900E3A91EE159E5BD548DD9A1E1D17C6E9415C |
| 27700 | 172.241.251.164 | 60297 | A16A3EFC72A87B15B786B5817BAD892D29187E71 |
| 27709 | 172.241.251.164 | 53953 | 9432A92885534920FCF8780D384C7EAD9C3C623E |
| 28520 | 172.241.251.164 | 52451 | 0D0C9A893D44620C98F7B7F78DB95285E80F9B76 |
| 28560 | 172.241.251.164 | 58402 | 312197D26DB5338D1E91E2E6F25C0175C1F53EFF |
| 28562 | 172.241.251.164 | 52766 | BC84798F297342D8E633F45BE72A04425F070036 |
| 28566 | 172.241.251.164 | 60024 | 312197D26DB5338D1E91E2E6F25C0175C1F53EFF |
| 28569 | 172.241.251.164 | 56010 | BC84798F297342D8E633F45BE72A04425F070036 |
| 29272 | 172.241.251.164 | 57500 | FF29CB75986B6711CB47E75865F5BD758D080B3E |
| 29273 | 172.241.251.164 | 53324 | B4158C5B389FA7C67DCBB9DBD6BADCD7BAEEE9B6 |
| 29320 | 172.241.251.164 | 53933 | 16235054BACD773044D099C4D1395696047E9F0B |
| 29352 | 172.241.251.164 | 60409 | BDDE0504DD4751B175A6B04D77081B124C8D1D22 |
| 29570 | 172.241.251.164 | 49640 | 16235054BACD773044D099C4D1395696047E9F0B |

| | | | |
|---|---|---|---|
| 29582 | 172.241.251.164 | 38347 | 6011A4DDA8A4BC8E2265B26C05C66D7B8F1E0858 |
| 30203 | 172.241.251.164 | 59442 | 3E949F87B5432641D8D65F57A4F30C31E64EE3DE |
| 30264 | 172.241.251.164 | 52165 | 3E949F87B5432641D8D65F57A4F30C31E64EE3DE |
| 30484 | 172.241.251.164 | 60435 | ECFA0E9BC730231396CBEBA93D243E76B8DFB758 |
| 30485 | 172.241.251.164 | 37941 | 205A7E6FD946D1E3AA8CF245CDD743BE98320DA8 |
| 30511 | 172.241.251.164 | 48805 | ECFA0E9BC730231396CBEBA93D243E76B8DFB758 |
| 30655 | 172.241.251.164 | 55906 | 4238E33BDC5AB848021DED2B5457419DF56FFF9A |
| 30688 | 172.241.251.164 | 63204 | 40FF8D22AA0033B8A9F24B31107FA649EA71CA2E |
| 30725 | 172.241.251.164 | 50809 | 4EAC532DD7CD6AA874086E08E29A34D2E8592FD0 |
| 30785 | 172.241.251.164 | 4831 | 9249B75185488EF345FAF96F0D75269B2AB2AA1A |
| 30844 | 172.241.251.164 | 54777 | 40FF8D22AA0033B8A9F24B31107FA649EA71CA2E |
| 31116 | 172.241.251.164 | 500 | 59E4A8D70B83C7DB421A1C7E4881F8970F8B5EBE |
| 31138 | 172.241.251.164 | 500 | 59E4A8D70B83C7DB421A1C7E4881F8970F8B5EBE |
| 31213 | 172.241.251.164 | 64456 | 92453EEE2E12CF8F793403C26005084D4BBA1563 |
| 31252 | 172.241.251.164 | 63303 | 92453EEE2E12CF8F793403C26005084D4BBA1563 |
| 31753 | 172.241.251.164 | 14187 | 47D8B851749391A428E07BB3D56E43F4DD85E4AE |
| 31837 | 172.241.251.164 | 13487 | 47D8B851749391A428E07BB3D56E43F4DD85E4AE |
| 31876 | 172.241.251.164 | 56230 | A9F296607E0C6D11C1C8FD33204F68C152CB6332 |
| 31933 | 172.241.251.164 | 56383 | 0D50240DE0A24C3873530F89AAF9330A20B0A8B9 |
| 31957 | 172.241.251.164 | 65502 | 99D7078E9713B464F303C76A175AFB7E0C9A267B |
| 31986 | 172.241.251.164 | 59144 | 0D50240DE0A24C3873530F89AAF9330A20B0A8B9 |
| 32111 | 172.241.251.164 | 50915 | 920CD64906632B8928E6308BDDFD4AE59D7DEC27 |
| 32112 | 172.241.251.164 | 50965 | 920CD64906632B8928E6308BDDFD4AE59D7DEC27 |
| 32116 | 172.241.251.164 | 4038 | 9249B75185488EF345FAF96F0D75269B2AB2AA1A |
| 32549 | 172.241.251.164 | 64775 | D1B9C2C7649EF7607265F93A56E866A06CC648E4 |
| 33325 | 172.241.251.164 | 51228 | 0D0C9A893D44620C98F7B7F78DB95285E80F9B76 |
| 33327 | 172.241.251.164 | 54447 | 9B208C8DC9C724781FC4B7BD311485D4EF52F170 |
| 33498 | 172.241.251.164 | 54500 | E894AD15AE5EE955295327C1588DA664B629A720 |
| 33504 | 172.241.251.164 | 63866 | 6F1CD8A4CB34A8F909D469CC8B4523DD49B687F1 |
| 33733 | 172.241.251.164 | 62848 | 631252FE629C7DA0C5538C6B22CE8DCAF626EB39 |
| 33781 | 172.241.251.164 | 64934 | 294727237E09BE24C1FBA92C3F20118397B9B7BA |
| 33827 | 172.241.251.164 | 49605 | 2371A72B9B6B2115F53BDC7C545D4F86F5467569 |
| 34062 | 172.241.251.164 | 55852 | 631252FE629C7DA0C5538C6B22CE8DCAF626EB39 |
| 34291 | 172.241.251.164 | 58619 | 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD |
| 34292 | 172.241.251.164 | 59228 | 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD |

| 34356 | 172.241.251.164 | 41421 | F3882AE352BDE394F46F41B675E60BB584C0573E |

| NO | IP | Torrent Name |
|---|---|---|
| 6 | 172.241.251.164 | Angel.Has.Fallen.2019.HDRip.XviD.AC3-EVO |
| 558 | 172.241.251.164 | Rambo.Last.Blood.2019.HC.HDRip.XViD-ETRG |
| 576 | 172.241.251.164 | Angel Has Fallen (2019) [BluRay] [1080p] [YTS.LT] |
| 580 | 172.241.251.164 | Wind River 2017.HC.HDRip.XviD.AC3-EVO |
| 739 | 172.241.251.164 | The Last Full Measure (2019) [WEBRip] [1080p] [YTS.LT] |
| 900 | 172.241.251.164 | Rambo.Last.Blood.2019.EXTENDED.1080p.BluRay.H264.AAC-RARBG |
| 914 | 172.241.251.164 | The Last Full Measure.2019.BDRip.XviD.AC3-EVO |
| 952 | 172.241.251.164 | Disturbing.the.Peace.2020.1080p.WEBRip.x264-RARBG |
| 1156 | 172.241.251.164 | Disturbing.the.Peace.2020.1080p.WEBRip.x264-RARBG |
| 1166 | 172.241.251.164 | Rambo Last Blood (2019) [BluRay] [720p] [YTS.LT] |
| 1250 | 172.241.251.164 | Hellboy.2019.1080p.BluRay.x265-RARBG |
| 1274 | 172.241.251.164 | Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] |
| 2067 | 172.241.251.164 | Wind River (2017) [1080p] [YTS.AG] |
| 2085 | 172.241.251.164 | American Heist (2014) [1080p] |
| 2136 | 172.241.251.164 | Rambo Last Blood (2019) [BluRay] [1080p] [YTS.LT] |
| 2268 | 172.241.251.164 | Leatherface (2017) [1080p] [YTS.AG] |
| 2277 | 172.241.251.164 | I Feel Pretty (2018) [WEBRip] [1080p] [YTS.AM] |
| 2279 | 172.241.251.164 | The Professor And The Madman (2019) [WEBRip] [1080p] [YTS.AM] |
| 2302 | 172.241.251.164 | I Feel Pretty (2018) [WEBRip] [1080p] [YTS.AM] |
| 2303 | 172.241.251.164 | Leatherface (2017) [1080p] [YTS.AG] |
| 2304 | 172.241.251.164 | The Professor And The Madman (2019) [WEBRip] [1080p] [YTS.AM] |
| 2402 | 172.241.251.164 | LBJ.2016.BDRip.x264-GECKOS[EtMovies] |
| 2725 | 172.241.251.164 | The.Hitmans.Bodyguard.2017.1080p.BluRay.x265-RARBG |
| 2731 | 172.241.251.164 | Angel.has.fallen.2019.1080p-dual-por-cinemaqualidade.is.mp4 |
| 2732 | 172.241.251.164 | Angel.has.fallen.2019.1080p-dual-por-cinemaqualidade.is.mp4 |
| 2821 | 172.241.251.164 | Angel Has Fallen (2019) [WEBRip] [720p] [YTS.LT] |
| 3300 | 172.241.251.164 | Hellboy 2019 1080p BluRay x264 DTS [MW] |
| 3544 | 172.241.251.164 | Angel Has Fallen 2019 DVD R1 NTSC BD YG |
| 3636 | 172.241.251.164 | Rambo.Last.Blood.2019.HC.HDRip.XviD.AC3-EVO[TGx] |
| 4349 | 172.241.251.164 | Between.Worlds.2018.1080p.BluRay.H264.AAC-RARBG |
| 4350 | 172.241.251.164 | Kill.Chain.2019.1080p.WEBRip.x264-RARBG |
| 4351 | 172.241.251.164 | Kill.Chain.2019.1080p.WEBRip.x264-RARBG |
| 4359 | 172.241.251.164 | Between.Worlds.2018.1080p.BluRay.H264.AAC-RARBG |
| 6089 | 172.241.251.164 | The.Hatton.Garden.Job.2017.1080p.BluRay.H264.AAC-RARBG |

| | | |
|---|---|---|
| 7168 | 172.241.251.164 | Speed Kills (2018) [BluRay] [720p] [YTS.AM] |
| 7182 | 172.241.251.164 | Speed Kills (2018) [BluRay] [720p] [YTS.AM] |
| 10054 | 172.241.251.164 | Angel Has Fallen (2019) [WEBRip] [720p] [YTS.LT] |
| 11315 | 172.241.251.164 | Cruel.Peter.2019.720p.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 11883 | 172.241.251.164 | In.Dubious.Battle.2016.HDRip.XViD-ETRG |
| 11980 | 172.241.251.164 | London Has Fallen (2016) [1080p] [YTS.AG] |
| 11985 | 172.241.251.164 | London Has Fallen (2016) [1080p] [YTS.AG] |
| 12034 | 172.241.251.164 | Olympus Has Fallen (2013) + Extras (1080p BluRay x265 HEVC 10bit EAC3 5.1 SAMPA) |
| 12038 | 172.241.251.164 | London Has Fallen (2016) + Extras (1080p BluRay x265 HEVC 10bit EAC3 7.1 SAMPA) |
| 12056 | 172.241.251.164 | Angel Has Fallen (2019) + Extras (1080p BluRay x265 HEVC 10bit EAC3 7.1 SAMPA) |
| 12104 | 172.241.251.164 | Olympus Has Fallen (2013) + Extras (1080p BluRay x265 HEVC 10bit EAC3 5.1 SAMPA) |
| 12114 | 172.241.251.164 | Angel Has Fallen (2019) + Extras (1080p BluRay x265 HEVC 10bit EAC3 7.1 SAMPA) |
| 12130 | 172.241.251.164 | London Has Fallen (2016) + Extras (1080p BluRay x265 HEVC 10bit EAC3 7.1 SAMPA) |
| 12177 | 172.241.251.164 | LBJ.2016.BDRip.x264-GECKOS[EtMovies] |
| 12414 | 172.241.251.164 | Rambo.Last.Blood.2019.2160p.BluRay.REMUX.HEVC.DTS-HD.MA.TrueHD.7.1.Atmos-FGT |
| 12420 | 172.241.251.164 | Rambo.Last.Blood.2019.1080p.Bluray.x264.AAC-ETRG |
| 12424 | 172.241.251.164 | Rambo.Last.Blood.2019.1080p.Bluray.x264.AAC-ETRG |
| 12451 | 172.241.251.164 | Hunter.Killer.2018.2160p.UHD.HDR.BluRay.(x265 10bit DD5.1).[WMAN-LorD].mkv |
| 12615 | 172.241.251.164 | Criminal.2016.1080p.BluRay.x264-GECKOS[rarbg] |
| 12627 | 172.241.251.164 | Cruel.Peter.2019.720p.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 12628 | 172.241.251.164 | Cruel.Peter.2019.720p.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 13297 | 172.241.251.164 | The.Outpost.2020.1080p.WEBRip.x264-RARBG |
| 13339 | 172.241.251.164 | The.Outpost.2020.WEBRip.x264-ION10 |
| 13464 | 172.241.251.164 | The.Outpost.2020.WEBRip.x264-ION10 |
| 14015 | 172.241.251.164 | Hunter Killer (2018) [BluRay] [1080p] [YTS.AM] |
| 14516 | 172.241.251.164 | Angel Has Fallen (2019) 1080p BluRay [TopNow.se] |
| 14702 | 172.241.251.164 | Criminal.2016.1080p.BluRay.x264-GECKOS[rarbg] |
| 15269 | 172.241.251.164 | The.Outpost.2020.SWESUB.720p.WEB-DL.H264.AAC.Mr_KeFF |
| 15270 | 172.241.251.164 | The.Outpost.2020.SWESUB.720p.WEB-DL.H264.AAC.Mr_KeFF |
| 15575 | 172.241.251.164 | The Cobbler (2014) |
| 15592 | 172.241.251.164 | The Cobbler (2014) |
| 15624 | 172.241.251.164 | American Heist (2014) [1080p] |
| 15751 | 172.241.251.164 | Homefront (2013) 1080p BrRip 5.1 x264 aac [TuGAZx] |
| 15995 | 172.241.251.164 | Queen.of.the.Desert.2015.1080p.BluRay.x265-RARBG |
| 16146 | 172.241.251.164 | The Outpost (2020) [1080p] [BluRay] [5.1] [YTS.MX] |

| 16228 | 172.241.251.164 | Tesla (2020) [1080p] [WEBRip] [5.1] [YTS.MX] |
|---|---|---|
| 16327 | 172.241.251.164 | Tesla (2020) [720p] [WEBRip] [YTS.MX] |
| 16371 | 172.241.251.164 | Tesla.2020.HDRip.XviD.AC3-EVO[TGx] |
| 16380 | 172.241.251.164 | Tesla.2020.1080p.WEBRip.x264-RARBG |
| 16384 | 172.241.251.164 | Queen.of.the.Desert.2015.1080p.BluRay.x265-RARBG |
| 16434 | 172.241.251.164 | Angel.Has.Fallen.2019.720p.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 16439 | 172.241.251.164 | Rambo.Last.Blood.2019.720p.HC.HDRip.800MB.x264-GalaxyRG[TGx] |
| 16442 | 172.241.251.164 | The Hurricane Heist (2018) [BluRay] [720p] [YTS.AM] |
| 16647 | 172.241.251.164 | Tesla (2020) [720p] [WEBRip] [YTS.MX] |
| 16769 | 172.241.251.164 | Tesla.2020.1080p.WEBRip.DD5.1.x264-CM |
| 17303 | 172.241.251.164 | Wind River (2017) [1080p] [YTS.AG] |
| 17524 | 172.241.251.164 | Ava.2020.1080p.WEBRip.x264-RARBG |
| 17588 | 172.241.251.164 | Ava.2020.1080p.WEB-DL.DD5.1.H264-FGT |
| 17710 | 172.241.251.164 | Ava (2020) [720p] [WEBRip] [YTS.MX] |
| 17901 | 172.241.251.164 | The.Outpost.2020.1080p.Bluray.X264.DTS-EVO[TGx] |
| 19065 | 172.241.251.164 | Ava (2020) [720p] [WEBRip] [YTS.MX] |
| 19133 | 172.241.251.164 | Wind.River.2017.1080p.WEBRip.x264.AAC-Ozlem[ETRG] |
| 19142 | 172.241.251.164 | Wind.River.2017.1080p.WEBRip.x264.AAC-Ozlem[ETRG] |
| 19304 | 172.241.251.164 | Tesla.2020.1080p.AMZN.WEBRip.DDP5.1.x264-NTG |
| 19335 | 172.241.251.164 | Ava.2020.[TopNow.se] |
| 19357 | 172.241.251.164 | Ava.2020.[TopNow.se] |
| 19523 | 172.241.251.164 | Tesla.2020.WEBRip.x264-ION10 |
| 19554 | 172.241.251.164 | Distorted.2018.1080p.WEB-DL.DD5.1.H264-FGT |
| 19557 | 172.241.251.164 | Distorted.2018.1080p.WEB-DL.DD5.1.H264-FGT |
| 20047 | 172.241.251.164 | Ava.2020.HDRip.XviD.AC3-EVO[TGx] |
| 20064 | 172.241.251.164 | Ava.2020.HDRip.XviD.AC3-EVO[TGx] |
| 20190 | 172.241.251.164 | The 2nd (2020) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 20191 | 172.241.251.164 | The 2nd (2020) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 20391 | 172.241.251.164 | Tesla.2020.[TopNow.se] |
| 20467 | 172.241.251.164 | Tesla.2020.[TopNow.se] |
| 20915 | 172.241.251.164 | Kill Chain (2019) [BluRay] [720p] [YTS.LT] |
| 20937 | 172.241.251.164 | In.Dubious.Battle.2016.HDRip.XViD-ETRG |
| 20940 | 172.241.251.164 | Ava (2020) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 21120 | 172.241.251.164 | Angel Has Fallen (2019) 1080p BluRay [TopNow.se] |
| 21387 | 172.241.251.164 | Rambo.Last.Blood.2019.EXTENDED.1080p.BluRay.x265-RARBG |

| 21428 | 172.241.251.164 | Ava (2020) [720p] [BluRay] [YTS.MX] |
| 21565 | 172.241.251.164 | Ava (2020) [720p] [BluRay] [YTS.MX] |
| 21610 | 172.241.251.164 | Day of the Dead Bloodline 2018 720p WEBRip 650 MB- iExTV |
| 21615 | 172.241.251.164 | Ava (2020) [1080p] [BluRay] [5.1] [YTS.MX] |
| 21634 | 172.241.251.164 | Day of the Dead Bloodline 2018 720p WEBRip 650 MB- iExTV |
| 21671 | 172.241.251.164 | Rambo.Last.Blood.2019.2160p.BluRay.REMUX.HEVC.DTS-HD.MA.TrueHD.7.1.Atmos-FGT |
| 21689 | 172.241.251.164 | Before I Go to Sleep (2014) 720p R6 [G2G] |
| 21847 | 172.241.251.164 | Ava (2020) [720p] [BluRay] [YTS.MX] |
| 21848 | 172.241.251.164 | Ava (2020) [720p] [BluRay] [YTS.MX] |
| 21922 | 172.241.251.164 | The Outpost (2020) [720p] [WEBRip] [YTS.MX] |
| 21957 | 172.241.251.164 | No Escape (2020) [720p] [WEBRip] [YTS.MX] |
| 21978 | 172.241.251.164 | No Escape (2020) [720p] [WEBRip] [YTS.MX] |
| 22476 | 172.241.251.164 | Tesla (2020) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 23267 | 172.241.251.164 | Angel.Has.Fallen.2019.720p.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 23366 | 172.241.251.164 | The Hitman's Bodyguard (2017) [YTS.AG] |
| 23380 | 172.241.251.164 | The.Last.Full.Measure.2019.720p.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 23418 | 172.241.251.164 | Olympus Has Fallen (2013) |
| 23419 | 172.241.251.164 | The Hurricane Heist (2018) [BluRay] [720p] [YTS.AM] |
| 23434 | 172.241.251.164 | Rambo.Last.Blood.2019.720p.HC.HDRip.800MB.x264-GalaxyRG[TGx] |
| 23453 | 172.241.251.164 | The.Outpost.2020.720p.GPLAY.WEBRip.900MB.x264-GalaxyRG[TGx] |
| 23653 | 172.241.251.164 | Tesla.2020.1080p.AMZN.WEBRip.DDP5.1.x264-NTG |
| 24269 | 172.241.251.164 | Tesla.2020.HDRip.AC3-EVO[TGx] |
| 24958 | 172.241.251.164 | Homefront (2013) 1080p BrRip 5.1 x264 aac [TuGAZx] |
| 27700 | 172.241.251.164 | Ava.2020.1080p.WEBRip.x264-RARBG |
| 27709 | 172.241.251.164 | Kill Chain (2019) [BluRay] [1080p] [YTS.LT] |
| 28520 | 172.241.251.164 | After 2019 1080p BluRay x264 DTS [MW] |
| 28560 | 172.241.251.164 | The.2nd.2020.1080p.BluRay.x265-RARBG |
| 28562 | 172.241.251.164 | Elizabeth.Harvest.2018.1080p.BluRay.x265-RARBG |
| 28566 | 172.241.251.164 | The.2nd.2020.1080p.BluRay.x265-RARBG |
| 28569 | 172.241.251.164 | Elizabeth.Harvest.2018.1080p.BluRay.x265-RARBG |
| 29272 | 172.241.251.164 | The.Hitmans.Bodyguard.2017.HDRip.XviD.AC3-EVO |
| 29273 | 172.241.251.164 | The.Outpost.2020.2160p.WEB.H265-HUZZAH |
| 29320 | 172.241.251.164 | London.Has.Fallen.2016.MULTi.2160p.BLURAY.HDR.DTS-X.7.1.HEVC-DDR.mkv |
| 29352 | 172.241.251.164 | Tesla.2020.1080p.WEBRip.x264-RARBG |
| 29570 | 172.241.251.164 | London.Has.Fallen.2016.MULTi.2160p.BLURAY.HDR.DTS-X.7.1.HEVC-DDR.mkv |

| | | |
|---|---|---|
| 29582 | 172.241.251.164 | Tesla.2020.WEBRip.x264-ION10 |
| 30203 | 172.241.251.164 | The.Necessary.Death.Of.Charlie.Countryman.2013.1080p.BluRay.x265-RARBG |
| 30264 | 172.241.251.164 | The.Necessary.Death.Of.Charlie.Countryman.2013.1080p.BluRay.x265-RARBG |
| 30484 | 172.241.251.164 | Rambo.Last.Blood.2019.1080p.KORSUB.HDRip.x264.AAC2.0-STUTTERSHIT |
| 30485 | 172.241.251.164 | The.Last.Full.Measure.2019.720p.BluRay.x264-GETiT[rarbg] |
| 30511 | 172.241.251.164 | Rambo.Last.Blood.2019.1080p.KORSUB.HDRip.x264.AAC2.0-STUTTERSHIT |
| 30655 | 172.241.251.164 | Ava (2020) [1080p] [BluRay] [5.1] [YTS.MX] |
| 30688 | 172.241.251.164 | The.Outpost.2020.HDRip.XviD.AC3-EVO[EtMovies] |
| 30725 | 172.241.251.164 | The.Hatton.Garden.Job.2017.1080p.BluRay.H264.AAC-RARBG |
| 30785 | 172.241.251.164 | The Birdcatcher (2019) [1080p] [BluRay] [5.1] [YTS.MX] |
| 30844 | 172.241.251.164 | The.Outpost.2020.HDRip.XviD.AC3-EVO[EtMovies] |
| 31116 | 172.241.251.164 | No.Escape.2020.1080p.BluRay.H264.AAC-RARBG |
| 31138 | 172.241.251.164 | No.Escape.2020.1080p.BluRay.H264.AAC-RARBG |
| 31213 | 172.241.251.164 | Criminal.2016.720p.WEBRip.x264.AAC-ETRG |
| 31252 | 172.241.251.164 | Criminal.2016.720p.WEBRip.x264.AAC-ETRG |
| 31753 | 172.241.251.164 | London Has Fallen (2016) [2160p] [HDR] (bluray) [WMAN-LorD] |
| 31837 | 172.241.251.164 | London Has Fallen (2016) [2160p] [HDR] (bluray) [WMAN-LorD] |
| 31876 | 172.241.251.164 | Tesla (2020) [720p] [BluRay] [YTS.MX] |
| 31933 | 172.241.251.164 | After.We.Collided.2020.WEB-DLRip.1.46Gb.MegaPeer.avi |
| 31957 | 172.241.251.164 | Rambo.Last.Blood.2019.HC.HDRip.XviD.AC3-EVO[TGx] |
| 31986 | 172.241.251.164 | After.We.Collided.2020.WEB-DLRip.1.46Gb.MegaPeer.avi |
| 32111 | 172.241.251.164 | The Titan (2018) [BluRay] [720p] [YTS.AM] |
| 32112 | 172.241.251.164 | The Titan (2018) [BluRay] [720p] [YTS.AM] |
| 32116 | 172.241.251.164 | The Birdcatcher (2019) [1080p] [BluRay] [5.1] [YTS.MX] |
| 32549 | 172.241.251.164 | Ava (2020) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 33325 | 172.241.251.164 | After 2019 1080p BluRay x264 DTS [MW] |
| 33327 | 172.241.251.164 | Ava.2020.1080p.WEB-DL.DD5.1.H264-FGT |
| 33498 | 172.241.251.164 | The.Outpost.2020.1080p.WEB-DL.H264.AC3-EVO[TGx] |
| 33504 | 172.241.251.164 | Angel Has Fallen (2019) [BluRay] [1080p] [YTS.LT] |
| 33733 | 172.241.251.164 | Angel.Has.Fallen.2019.1080p.BluRay.x265-RARBG |
| 33781 | 172.241.251.164 | Angel.Has.Fallen.2019.HDRip.XviD.AC3-EVO |
| 33827 | 172.241.251.164 | Tesla.2020.1080p.WEBRip.DD5.1.x264-CM |
| 34062 | 172.241.251.164 | Angel.Has.Fallen.2019.1080p.BluRay.x265-RARBG |
| 34291 | 172.241.251.164 | Dallas Buyers Club (2013) [1080p] |
| 34292 | 172.241.251.164 | Dallas Buyers Club (2013) [1080p] |

| 34356 | 172.241.251.164 | Ava.2020.WEB-DL.x264-FGT |

| NO | IP | Transfer End |
|---|---|---|
| 6 | 172.241.251.164 | 4/4/2020 10:02:17 |
| 558 | 172.241.251.164 | 4/10/2020 16:29:50 |
| 576 | 172.241.251.164 | 4/10/2020 22:02:56 |
| 580 | 172.241.251.164 | 4/11/2020 1:06:01 |
| 739 | 172.241.251.164 | 4/12/2020 8:01:35 |
| 900 | 172.241.251.164 | 4/14/2020 0:49:44 |
| 914 | 172.241.251.164 | 4/14/2020 3:28:35 |
| 952 | 172.241.251.164 | 4/14/2020 11:56:49 |
| 1156 | 172.241.251.164 | 4/16/2020 12:37:35 |
| 1166 | 172.241.251.164 | 4/16/2020 17:14:38 |
| 1250 | 172.241.251.164 | 4/17/2020 15:46:53 |
| 1274 | 172.241.251.164 | 4/17/2020 20:30:51 |
| 2067 | 172.241.251.164 | 4/22/2020 22:11:11 |
| 2085 | 172.241.251.164 | 4/23/2020 2:29:19 |
| 2136 | 172.241.251.164 | 4/24/2020 0:12:45 |
| 2268 | 172.241.251.164 | 4/26/2020 2:32:23 |
| 2277 | 172.241.251.164 | 4/26/2020 2:39:58 |
| 2279 | 172.241.251.164 | 4/26/2020 2:46:56 |
| 2302 | 172.241.251.164 | 4/26/2020 4:45:39 |
| 2303 | 172.241.251.164 | 4/26/2020 4:52:18 |
| 2304 | 172.241.251.164 | 4/26/2020 4:54:20 |
| 2402 | 172.241.251.164 | 4/27/2020 8:46:58 |
| 2725 | 172.241.251.164 | 4/30/2020 16:48:43 |
| 2731 | 172.241.251.164 | 4/30/2020 18:01:36 |
| 2732 | 172.241.251.164 | 4/30/2020 18:04:35 |
| 2821 | 172.241.251.164 | 5/1/2020 12:02:14 |
| 3300 | 172.241.251.164 | 5/6/2020 5:45:52 |
| 3544 | 172.241.251.164 | 5/8/2020 19:31:02 |
| 3636 | 172.241.251.164 | 5/10/2020 10:08:32 |
| 4349 | 172.241.251.164 | 5/14/2020 2:57:39 |
| 4350 | 172.241.251.164 | 5/14/2020 2:58:12 |
| 4351 | 172.241.251.164 | 5/14/2020 3:00:15 |
| 4359 | 172.241.251.164 | 5/14/2020 3:20:51 |
| 6089 | 172.241.251.164 | 5/22/2020 5:07:41 |

| | | |
|---|---|---|
| 7168 | 172.241.251.164 | 6/2/2020 22:14:40 |
| 7182 | 172.241.251.164 | 6/2/2020 23:26:17 |
| 10054 | 172.241.251.164 | 6/11/2020 22:30:07 |
| 11315 | 172.241.251.164 | 6/15/2020 21:28:12 |
| 11883 | 172.241.251.164 | 6/21/2020 4:00:06 |
| 11980 | 172.241.251.164 | 6/22/2020 15:36:32 |
| 11985 | 172.241.251.164 | 6/22/2020 15:52:21 |
| 12034 | 172.241.251.164 | 6/22/2020 19:19:58 |
| 12038 | 172.241.251.164 | 6/22/2020 19:57:09 |
| 12056 | 172.241.251.164 | 6/22/2020 21:59:56 |
| 12104 | 172.241.251.164 | 6/23/2020 7:23:53 |
| 12114 | 172.241.251.164 | 6/23/2020 10:43:07 |
| 12130 | 172.241.251.164 | 6/23/2020 14:12:05 |
| 12177 | 172.241.251.164 | 6/24/2020 4:07:08 |
| 12414 | 172.241.251.164 | 6/27/2020 18:07:09 |
| 12420 | 172.241.251.164 | 6/27/2020 21:56:40 |
| 12424 | 172.241.251.164 | 6/28/2020 0:04:20 |
| 12451 | 172.241.251.164 | 6/28/2020 18:32:20 |
| 12615 | 172.241.251.164 | 6/29/2020 19:12:22 |
| 12627 | 172.241.251.164 | 6/29/2020 20:51:54 |
| 12628 | 172.241.251.164 | 6/29/2020 20:52:46 |
| 13297 | 172.241.251.164 | 7/3/2020 23:13:07 |
| 13339 | 172.241.251.164 | 7/4/2020 7:19:33 |
| 13464 | 172.241.251.164 | 7/5/2020 3:44:30 |
| 14015 | 172.241.251.164 | 7/10/2020 5:12:21 |
| 14516 | 172.241.251.164 | 7/22/2020 23:30:15 |
| 14702 | 172.241.251.164 | 7/27/2020 22:21:25 |
| 15269 | 172.241.251.164 | 8/4/2020 15:07:09 |
| 15270 | 172.241.251.164 | 8/4/2020 15:08:26 |
| 15575 | 172.241.251.164 | 8/8/2020 4:36:54 |
| 15592 | 172.241.251.164 | 8/8/2020 6:40:07 |
| 15624 | 172.241.251.164 | 8/8/2020 13:32:32 |
| 15751 | 172.241.251.164 | 8/10/2020 9:30:30 |
| 15995 | 172.241.251.164 | 8/12/2020 15:27:36 |
| 16146 | 172.241.251.164 | 8/13/2020 4:55:07 |

| | | |
|---|---|---|
| 16228 | 172.241.251.164 | 8/13/2020 11:57:45 |
| 16327 | 172.241.251.164 | 8/14/2020 0:32:54 |
| 16371 | 172.241.251.164 | 8/14/2020 9:02:57 |
| 16380 | 172.241.251.164 | 8/14/2020 13:32:47 |
| 16384 | 172.241.251.164 | 8/14/2020 16:15:47 |
| 16434 | 172.241.251.164 | 8/15/2020 8:26:51 |
| 16439 | 172.241.251.164 | 8/15/2020 9:42:30 |
| 16442 | 172.241.251.164 | 8/15/2020 10:16:41 |
| 16647 | 172.241.251.164 | 8/16/2020 16:18:31 |
| 16769 | 172.241.251.164 | 8/17/2020 15:00:49 |
| 17303 | 172.241.251.164 | 8/20/2020 22:49:33 |
| 17524 | 172.241.251.164 | 8/21/2020 16:10:21 |
| 17588 | 172.241.251.164 | 8/21/2020 20:02:17 |
| 17710 | 172.241.251.164 | 8/22/2020 9:51:45 |
| 17901 | 172.241.251.164 | 8/23/2020 1:09:05 |
| 19065 | 172.241.251.164 | 8/24/2020 22:09:54 |
| 19133 | 172.241.251.164 | 8/25/2020 8:57:20 |
| 19142 | 172.241.251.164 | 8/25/2020 11:01:59 |
| 19304 | 172.241.251.164 | 8/26/2020 14:41:02 |
| 19335 | 172.241.251.164 | 8/27/2020 3:35:05 |
| 19357 | 172.241.251.164 | 8/27/2020 14:59:27 |
| 19523 | 172.241.251.164 | 8/28/2020 18:52:24 |
| 19554 | 172.241.251.164 | 8/29/2020 0:36:31 |
| 19557 | 172.241.251.164 | 8/29/2020 0:54:35 |
| 20047 | 172.241.251.164 | 8/31/2020 18:37:10 |
| 20064 | 172.241.251.164 | 8/31/2020 22:19:26 |
| 20190 | 172.241.251.164 | 9/2/2020 13:22:55 |
| 20191 | 172.241.251.164 | 9/2/2020 13:42:17 |
| 20391 | 172.241.251.164 | 9/2/2020 21:29:47 |
| 20467 | 172.241.251.164 | 9/3/2020 0:36:35 |
| 20915 | 172.241.251.164 | 9/5/2020 3:40:12 |
| 20937 | 172.241.251.164 | 9/5/2020 11:16:51 |
| 20940 | 172.241.251.164 | 9/5/2020 13:03:41 |
| 21120 | 172.241.251.164 | 9/7/2020 11:05:37 |
| 21387 | 172.241.251.164 | 9/9/2020 17:22:30 |

| 21428 | 172.241.251.164 | 9/10/2020 18:58:56 |
|---|---|---|
| 21565 | 172.241.251.164 | 9/12/2020 21:14:06 |
| 21610 | 172.241.251.164 | 9/13/2020 12:08:55 |
| 21615 | 172.241.251.164 | 9/13/2020 13:38:14 |
| 21634 | 172.241.251.164 | 9/13/2020 17:43:33 |
| 21671 | 172.241.251.164 | 9/14/2020 21:56:54 |
| 21689 | 172.241.251.164 | 9/15/2020 19:56:37 |
| 21847 | 172.241.251.164 | 9/18/2020 9:25:10 |
| 21848 | 172.241.251.164 | 9/18/2020 10:32:43 |
| 21922 | 172.241.251.164 | 9/19/2020 2:49:47 |
| 21957 | 172.241.251.164 | 9/19/2020 6:01:54 |
| 21978 | 172.241.251.164 | 9/19/2020 11:21:33 |
| 22476 | 172.241.251.164 | 9/23/2020 4:55:29 |
| 23267 | 172.241.251.164 | 9/27/2020 6:55:31 |
| 23366 | 172.241.251.164 | 9/27/2020 12:39:17 |
| 23380 | 172.241.251.164 | 9/27/2020 13:30:22 |
| 23418 | 172.241.251.164 | 9/27/2020 15:35:48 |
| 23419 | 172.241.251.164 | 9/27/2020 15:40:50 |
| 23434 | 172.241.251.164 | 9/27/2020 16:23:45 |
| 23453 | 172.241.251.164 | 9/27/2020 17:12:47 |
| 23653 | 172.241.251.164 | 9/28/2020 10:19:56 |
| 24269 | 172.241.251.164 | 10/2/2020 6:18:24 |
| 24958 | 172.241.251.164 | 10/5/2020 2:32:47 |
| 27700 | 172.241.251.164 | 10/7/2020 22:31:19 |
| 27709 | 172.241.251.164 | 10/8/2020 3:42:21 |
| 28520 | 172.241.251.164 | 10/9/2020 5:49:50 |
| 28560 | 172.241.251.164 | 10/10/2020 3:07:23 |
| 28562 | 172.241.251.164 | 10/10/2020 3:52:00 |
| 28566 | 172.241.251.164 | 10/10/2020 5:10:27 |
| 28569 | 172.241.251.164 | 10/10/2020 7:12:47 |
| 29272 | 172.241.251.164 | 10/14/2020 23:49:28 |
| 29273 | 172.241.251.164 | 10/15/2020 1:09:26 |
| 29320 | 172.241.251.164 | 10/16/2020 5:49:43 |
| 29352 | 172.241.251.164 | 10/16/2020 20:21:35 |
| 29570 | 172.241.251.164 | 10/17/2020 23:08:35 |

| 29582 | 172.241.251.164 | 10/18/2020 7:28:08 |
|---|---|---|
| 30203 | 172.241.251.164 | 10/22/2020 3:38:26 |
| 30264 | 172.241.251.164 | 10/22/2020 11:44:31 |
| 30484 | 172.241.251.164 | 10/24/2020 2:01:28 |
| 30485 | 172.241.251.164 | 10/24/2020 2:01:46 |
| 30511 | 172.241.251.164 | 10/24/2020 4:16:30 |
| 30655 | 172.241.251.164 | 10/25/2020 6:37:43 |
| 30688 | 172.241.251.164 | 10/25/2020 12:37:12 |
| 30725 | 172.241.251.164 | 10/25/2020 14:24:57 |
| 30785 | 172.241.251.164 | 10/25/2020 17:25:00 |
| 30844 | 172.241.251.164 | 10/25/2020 21:03:20 |
| 31116 | 172.241.251.164 | 10/28/2020 3:06:18 |
| 31138 | 172.241.251.164 | 10/28/2020 4:59:42 |
| 31213 | 172.241.251.164 | 10/28/2020 12:16:52 |
| 31252 | 172.241.251.164 | 10/28/2020 15:53:54 |
| 31753 | 172.241.251.164 | 10/31/2020 11:11:26 |
| 31837 | 172.241.251.164 | 11/1/2020 7:10:34 |
| 31876 | 172.241.251.164 | 11/1/2020 20:56:18 |
| 31933 | 172.241.251.164 | 11/2/2020 7:29:25 |
| 31957 | 172.241.251.164 | 11/2/2020 13:10:54 |
| 31986 | 172.241.251.164 | 11/2/2020 22:52:55 |
| 32111 | 172.241.251.164 | 11/5/2020 3:26:54 |
| 32112 | 172.241.251.164 | 11/5/2020 3:28:01 |
| 32116 | 172.241.251.164 | 11/5/2020 8:53:22 |
| 32549 | 172.241.251.164 | 11/10/2020 1:08:46 |
| 33325 | 172.241.251.164 | 11/14/2020 1:24:21 |
| 33327 | 172.241.251.164 | 11/14/2020 1:31:22 |
| 33498 | 172.241.251.164 | 11/14/2020 14:44:54 |
| 33504 | 172.241.251.164 | 11/14/2020 15:01:44 |
| 33733 | 172.241.251.164 | 11/15/2020 16:18:58 |
| 33781 | 172.241.251.164 | 11/15/2020 22:44:32 |
| 33827 | 172.241.251.164 | 11/16/2020 4:26:05 |
| 34062 | 172.241.251.164 | 11/16/2020 15:59:49 |
| 34291 | 172.241.251.164 | 11/17/2020 14:19:17 |
| 34292 | 172.241.251.164 | 11/17/2020 14:21:20 |

| 34356 | 172.241.251.164 | 11/19/2020 7:23:14 |

| NO | IP | PORT | Torrent Hash |
|---|---|---|---|
| 2475 | 207.244.76.224 | 61864 | 632613270A1D1F66429CA070C9ED5CB980357471 |
| 2538 | 207.244.76.224 | 54180 | 632613270A1D1F66429CA070C9ED5CB980357471 |
| 2539 | 207.244.76.224 | 50489 | 4B747026CB3BED6B20B1CF209C41DF5C3CDF6B8D |
| 2540 | 207.244.76.224 | 59928 | 4B747026CB3BED6B20B1CF209C41DF5C3CDF6B8D |
| 2757 | 207.244.76.224 | 57914 | 65BAF783567A2706CDC3370BADC9DDB36436D241 |
| 2759 | 207.244.76.224 | 61837 | 65BAF783567A2706CDC3370BADC9DDB36436D241 |
| 2971 | 207.244.76.224 | 61358 | DAE272275E31849318830531882649A5B41656BC |
| 2988 | 207.244.76.224 | 58026 | DAE272275E31849318830531882649A5B41656BC |
| 3030 | 207.244.76.224 | 53518 | BC800CB12C76BEAEF9168DBA2EC8854A5BB3E709 |
| 3033 | 207.244.76.224 | 56216 | BC800CB12C76BEAEF9168DBA2EC8854A5BB3E709 |
| 3079 | 207.244.76.224 | 54176 | BC0B7596CE54E3D38D51135A3CBCC886983CB22A |
| 3092 | 207.244.76.224 | 56903 | 14B158C33D2C95F32336C59B8D15CA4B571A42EF |
| 3097 | 207.244.76.224 | 58118 | BC0B7596CE54E3D38D51135A3CBCC886983CB22A |
| 3241 | 207.244.76.224 | 55627 | 7857CD9BFD755381EA65EBD51B532CA38D13D670 |
| 3247 | 207.244.76.224 | 56838 | 7857CD9BFD755381EA65EBD51B532CA38D13D670 |
| 3278 | 207.244.76.224 | 51956 | 0CC2FEA874F09C0ACC4F2C51477AE0E67AA0FA89 |
| 3285 | 207.244.76.224 | 58223 | 0CC2FEA874F09C0ACC4F2C51477AE0E67AA0FA89 |
| 3286 | 207.244.76.224 | 50884 | 99D7078E9713B464F303C76A175AFB7E0C9A267B |
| 3298 | 207.244.76.224 | 64803 | 99D7078E9713B464F303C76A175AFB7E0C9A267B |

| IP | PORT | Torrent Name |
|---|---|---|
| 207.244.76.224 | 61864 | London Has Fallen (2016) [1080p] [YTS.AG] |
| 207.244.76.224 | 54180 | London Has Fallen (2016) [1080p] [YTS.AG] |
| 207.244.76.224 | 50489 | Disturbing.the.Peace.2020.1080p.BluRay.x264.DTS-HD.MA.5.1-FGT |
| 207.244.76.224 | 59928 | Disturbing.the.Peace.2020.1080p.BluRay.x264.DTS-HD.MA.5.1-FGT |
| 207.244.76.224 | 57914 | Disturbing The Peace (2020) [1080p] [BluRay] [5.1] [YTS.MX] |
| 207.244.76.224 | 61837 | Disturbing The Peace (2020) [1080p] [BluRay] [5.1] [YTS.MX] |
| 207.244.76.224 | 61358 | Rambo.Last.Blood.2019.EXTENDED.BDRip.x264-SPRiNTER[rarbg] |
| 207.244.76.224 | 58026 | Rambo.Last.Blood.2019.EXTENDED.BDRip.x264-SPRiNTER[rarbg] |
| 207.244.76.224 | 53518 | Rambo.Last.Blood.2019.EXTENDED.720p.BluRay.x264.850MB-Mkvking.mkv |
| 207.244.76.224 | 56216 | Rambo.Last.Blood.2019.EXTENDED.720p.BluRay.x264.850MB-Mkvking.mkv |
| 207.244.76.224 | 54176 | London.Has.Fallen.2016.1080p.BluRay.x264-DRONES[rarbg] |
| 207.244.76.224 | 56903 | Angel.Has.Fallen.2019.1080p.BluRay.x264-AAA[rarbg] |
| 207.244.76.224 | 58118 | London.Has.Fallen.2016.1080p.BluRay.x264-DRONES[rarbg] |
| 207.244.76.224 | 55627 | Rambo Last Blood (2019) [BluRay] [1080p] [YTS.LT] |
| 207.244.76.224 | 56838 | Rambo Last Blood (2019) [BluRay] [1080p] [YTS.LT] |
| 207.244.76.224 | 51956 | Rambo Last Blood [BluRay RIP][AC3 5.1 Castellano][www.pctnew.ORG][www.descargas2020.ORG] |
| 207.244.76.224 | 58223 | Rambo Last Blood [BluRay RIP][AC3 5.1 Castellano][www.pctnew.ORG][www.descargas2020.ORG] |
| 207.244.76.224 | 50884 | Rambo.Last.Blood.2019.HC.HDRip.XviD.AC3-EVO[TGx] |
| 207.244.76.224 | 64803 | Rambo.Last.Blood.2019.HC.HDRip.XviD.AC3-EVO[TGx] |

| IP | PORT | Transfer End |
|---|---|---|
| 207.244.76.224 | 61864 | 10/27/2018 12:36:12 |
| 207.244.76.224 | 54180 | 10/28/2018 14:05:59 |
| 207.244.76.224 | 50489 | 2/12/2020 21:57:26 |
| 207.244.76.224 | 59928 | 2/12/2020 23:09:28 |
| 207.244.76.224 | 57914 | 2/29/2020 23:28:53 |
| 207.244.76.224 | 61837 | 3/1/2020 0:36:43 |
| 207.244.76.224 | 61358 | 3/8/2020 21:43:04 |
| 207.244.76.224 | 58026 | 3/9/2020 4:22:18 |
| 207.244.76.224 | 53518 | 3/13/2020 3:19:52 |
| 207.244.76.224 | 56216 | 3/13/2020 4:22:34 |
| 207.244.76.224 | 54176 | 3/15/2020 7:09:13 |
| 207.244.76.224 | 56903 | 3/15/2020 10:58:55 |
| 207.244.76.224 | 58118 | 3/15/2020 12:28:14 |
| 207.244.76.224 | 55627 | 3/22/2020 2:52:11 |
| 207.244.76.224 | 56838 | 3/22/2020 5:26:39 |
| 207.244.76.224 | 51956 | 3/22/2020 23:11:50 |
| 207.244.76.224 | 58223 | 3/23/2020 1:12:48 |
| 207.244.76.224 | 50884 | 3/23/2020 1:55:39 |
| 207.244.76.224 | 64803 | 3/23/2020 5:33:09 |

| NO | IP | PORT | Torrent Hash |
|---|---|---|---|
| 1 | 207.244.76.228 | 55030 | 71419365F665CE515FDF8E8DDBDA9DCD923C0770 |
| 12 | 207.244.76.228 | 62187 | 9090532B69513F182F2ACDE30F3A13F1549D3641 |
| 15 | 207.244.76.228 | 60921 | 9524E61C8B84EBAD2D8C0EFD0B77B3504B31F85D |
| 16 | 207.244.76.228 | 60920 | 9524E61C8B84EBAD2D8C0EFD0B77B3504B31F85D |
| 96 | 207.244.76.228 | 63019 | 72987F96AFA78F1F50B9E7DAE99E3E03CB0C4B45 |
| 97 | 207.244.76.228 | 63769 | 72987F96AFA78F1F50B9E7DAE99E3E03CB0C4B45 |
| 116 | 207.244.76.228 | 47252 | B8F13049AB0D3C2E4743C61EA28938BE58F31B22 |
| 117 | 207.244.76.228 | 42834 | B8F13049AB0D3C2E4743C61EA28938BE58F31B22 |
| 207 | 207.244.76.228 | 52152 | DA63B246E91A15084485427D475DA5BEAC3CA3C7 |
| 217 | 207.244.76.228 | 64845 | DA63B246E91A15084485427D475DA5BEAC3CA3C7 |
| 284 | 207.244.76.228 | 62119 | EEA6756FD0338CA941E7770D5ECA07DCFC1793CF |
| 285 | 207.244.76.228 | 63202 | EEA6756FD0338CA941E7770D5ECA07DCFC1793CF |
| 324 | 207.244.76.228 | 60859 | 7CCD031F4E6B5738C124EB9EE7F5C448FCA219BB |
| 325 | 207.244.76.228 | 50641 | 82FDBB0CF058E55CB8DB247DECA366211D2322C1 |
| 326 | 207.244.76.228 | 50643 | 82FDBB0CF058E55CB8DB247DECA366211D2322C1 |
| 327 | 207.244.76.228 | 63675 | 20D154CA4A99FFDEE7FC295908EBBA9C78081B41 |
| 328 | 207.244.76.228 | 49776 | 20D154CA4A99FFDEE7FC295908EBBA9C78081B41 |
| 466 | 207.244.76.228 | 50116 | 9EF634C12E69C934C1E8B9F924DE791CD377D92D |
| 481 | 207.244.76.228 | 58584 | 9EF634C12E69C934C1E8B9F924DE791CD377D92D |
| 484 | 207.244.76.228 | 61636 | 06B506F21B8B658656A6348A2A996A4253A70C9D |
| 485 | 207.244.76.228 | 61637 | 06B506F21B8B658656A6348A2A996A4253A70C9D |
| 488 | 207.244.76.228 | 58277 | C9B7AF8D6173F78598D7E9921BA6F39B34023195 |
| 489 | 207.244.76.228 | 48322 | C9B7AF8D6173F78598D7E9921BA6F39B34023195 |
| 492 | 207.244.76.228 | 60682 | 6B30D9F4FB05238053EA9201DDC079FF27923D59 |
| 560 | 207.244.76.228 | 58265 | 6B30D9F4FB05238053EA9201DDC079FF27923D59 |
| 582 | 207.244.76.228 | 56245 | EB381B85CF55EDB8C23677A97767894FCA4608CB |
| 583 | 207.244.76.228 | 56310 | EB381B85CF55EDB8C23677A97767894FCA4608CB |

| NO | IP | Torrent Name | Transfer End |
|---|---|---|---|
| 1 | 207.244.76.228 | Speed Kills (2018) [BluRay] [720p] [YTS.AM] | 1/7/2019 15:43:47 |
| 12 | 207.244.76.228 | Hunter Killer (2018) [BluRay] [1080p] [YTS.AM] | 2/9/2019 22:58:29 |
| 15 | 207.244.76.228 | Hunter.Killer.2018.720p.BRRip.x264.MkvCage.ws.mkv | 2/16/2019 2:15:44 |
| 16 | 207.244.76.228 | Hunter.Killer.2018.720p.BRRip.x264.MkvCage.ws.mkv | 2/16/2019 2:15:54 |
| 96 | 207.244.76.228 | Then Came You (2018) [BluRay] [1080p] [YTS.AM] | 4/21/2019 3:57:59 |
| 97 | 207.244.76.228 | Then Came You (2018) [BluRay] [1080p] [YTS.AM] | 4/21/2019 4:03:46 |
| 116 | 207.244.76.228 | Hellboy.2019.720p.HDCAM.900MB.1xbet.x264-BONSAI[TGx] | 5/3/2019 3:21:25 |
| 117 | 207.244.76.228 | Hellboy.2019.720p.HDCAM.900MB.1xbet.x264-BONSAI[TGx] | 5/3/2019 3:22:44 |
| 207 | 207.244.76.228 | Escape.Room.2018.1080p.WEB-DL.DD5.1.H.264-FGT[EtHD] | 6/4/2019 15:34:53 |
| 217 | 207.244.76.228 | Escape.Room.2018.1080p.WEB-DL.DD5.1.H.264-FGT[EtHD] | 6/4/2019 20:45:05 |
| 284 | 207.244.76.228 | The Professor And The Madman (2019) [WEBRip] [720p] [YTS.AM] | 6/27/2019 22:52:32 |
| 285 | 207.244.76.228 | The Professor And The Madman (2019) [WEBRip] [720p] [YTS.AM] | 6/27/2019 22:54:47 |
| 324 | 207.244.76.228 | Hellboy.2019.KORSUB.HDRip.x264-STUTTERSHIT | 7/3/2019 19:36:00 |
| 325 | 207.244.76.228 | Hunter.Killer.2018.1080p.BluRay.x264-DRONES[EtHD] | 8/19/2019 18:16:29 |
| 326 | 207.244.76.228 | Hunter.Killer.2018.1080p.BluRay.x264-DRONES[EtHD] | 8/19/2019 18:16:29 |
| 327 | 207.244.76.228 | Hellboy (2019) [WEBRip] [720p] [YTS.LT] | 9/7/2019 1:06:49 |
| 328 | 207.244.76.228 | Hellboy (2019) [WEBRip] [720p] [YTS.LT] | 9/7/2019 2:09:31 |
| 466 | 207.244.76.228 | Future World (2018) [BluRay] [720p] [YTS.AM] | 10/2/2019 23:13:11 |
| 481 | 207.244.76.228 | Future World (2018) [BluRay] [720p] [YTS.AM] | 10/3/2019 3:15:32 |
| 484 | 207.244.76.228 | I.Feel.Pretty.2018.1080p.BluRay.H264.AAC-RARBG | 10/3/2019 20:32:38 |
| 485 | 207.244.76.228 | I.Feel.Pretty.2018.1080p.BluRay.H264.AAC-RARBG | 10/3/2019 20:32:38 |
| 488 | 207.244.76.228 | Hellboy.2019.1080p.WEBRip.x264-RARBG | 10/10/2019 3:47:56 |
| 489 | 207.244.76.228 | Hellboy.2019.1080p.WEBRip.x264-RARBG | 10/10/2019 3:48:07 |
| 492 | 207.244.76.228 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | 10/17/2019 14:44:27 |
| 560 | 207.244.76.228 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | 10/18/2019 10:08:13 |
| 582 | 207.244.76.228 | Rambo Last Blood 2019 HDCAM x264 AC3-ETRG | 10/27/2019 17:32:23 |
| 583 | 207.244.76.228 | Rambo Last Blood 2019 HDCAM x264 AC3-ETRG | 10/27/2019 17:32:39 |