UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MILLENNIUM FUNDING, INC. *et al.*,

Plaintiffs,

vs.

LEASEWEB USA, INC., *et al.*,

Defendants.

Case No.: 1:21-cv-00643-RDA-MSN

## ORDER

Upon consideration of the Defendant Leaseweb USA, Inc.'s ("Leaseweb") consent motion to extend time to respond to the complaint made pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Civil Rule 7, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED. The time for Defendant to respond to the Complaint is extended to and including August 25, 2021.

It is SO ORDERED this 7th day of July, 2021.

/s/
_____
The Honorable Michael S. Nachmanoff
United States Magistrate Judge