**Exhibit "1"**

| No. | OWNER | MOTION PICTURE | Certificate Number |
|---|---|---|---|
| 1 | Millennium Funding, Inc. | *Angel Has Fallen* | PA0002197434, PAu003917080 |
| 2 | Millennium Funding, Inc. (formerly 211 Productions, Inc.) | *211* | PAu003905278, PA0002132686 |
| 3 | Screen Media Ventures, LLC | *2 Guns* | PA0001874757, PAu003622806 |
| 4 | Screen Media Ventures, LLC | *And So It Goes* | PAu003739793, PAu003685566, PAu003148782 |
| 5 | Voltage Holdings, LLC | *A Family Man* | PA0002039392, TXu001967832, TXu001374031 |
| 6 | Millennium Funding, Inc. | *Automata* | PA0001923090, PAu003712705 |
| 7 | Voltage Holdings, LLC (formerly Eve Nevada, LLC) | *Ava* | PA0002235557, PAu003943693 |
| 8 | Millennium Media, Inc. | *Before I Go to Sleep* | PAu003753175, PA0001939571 |
| 9 | Screen Media Ventures, LLC | *Beyond a Reasonable Doubt* | PAu003419303 |
| 10 | Paradox Studios, LLC | *Black Butterfly* | PAu003875290, PAu003826055, PAu003854895 |
| 11 | Millennium Funding, Inc. | *Boyka: Undisputed IV* | PA0002031176, PAu003798816 |
| 12 | Millennium Funding, Inc. | *Criminal* | PA0001984029, PAu003772954 |
| 13 | Dallas Buyers Club, LLC | *Dallas Buyer's Club* | PA0001873195 |
| 14 | Millennium Funding, Inc. (formerly Day of Dead Productions, Inc.) | *Day of the Dead: Bloodline* | PA0002104460 |
| 15 | Wonder One, LLC | *Disturbing the Peace* | PAu003991009 |
| 16 | Voltage Holdings, LLC | *Extremely Wicked, Shockingly Vile and Evil* | PAu003953148, PAu003905674 |
| 17 | Voltage Holdings, LLC | *Fathers and Daughters* | PAu003762811, PAu003713364 |
| 18 | Screen Media Ventures, LLC | *Flypaper* | PAu003581019 |

| 19 | FW Productions, LLC | *Future World* | PA0002024764 |
|---|---|---|---|
| 20 | Millennium Funding, Inc. | *Hellboy* | PA0002176664 |
| 21 | Millennium IP, Inc. | *Homefront* | PA0001877609 |
| 22 | Millennium Funding, Inc. (formerly Hunter Killer Productions, Inc.) | *Hunter Killer* | PA0002147752, PAu003868948 |
| 23 | I am Wrath Production, Inc. | *I am Wrath* | PAu003813390 |
| 24 | Voltage Holdings, LLC | *I Feel Pretty* | PAu003896491, PAu003886973 |
| 25 | Family of the Year Productions, LLC | *I Spit on Your Grave* | PA003546450 |
| 26 | Voltage Holdings, LLC | *I.T.* | PAu003801126 |
| 27 | Ambi Distribution Corp. | *In Dubious Battle* | PA0002061686 |
| 28 | Killing Link Distribution, LLC | *Kill Chain* | PAu003975781 |
| 29 | Badhouse Studios, LLC | *Larceny* | PAu003852034, PAu003892760 |
| 30 | LF2 Productions, Inc. | *Leatherface* | PAu003809024, PA0002054658 |
| 31 | LHF Productions, Inc. | *London Has Fallen* | PA0001982831, 10PAu003789521 |
| 32 | Screen Media Ventures, LLC | *Lone Survivor* | PA0001397568, PA0001875012 |
| 33 | Laundry Films, Inc. | *Tatterdemalion aka The Lost Child* | PAu003771894, PA2260712 |
| 34 | Millennium Funding, Inc. | *Mechanic: Resurrection* | PA0001998057 |
| 35 | Venice PI, LLC | *Once Upon a Time in Venice* | PA0002039391, TXu001968528 |
| 36 | Voltage Holdings, LLC | *Pay the Ghost* | PA0001957914, TXu001920050 |
| 37 | Rambo V Productions, Inc. | *Rambo V: Last Blood* | PA0002202971 |
| 38 | Voltage Holdings, LLC | *Revolt f/k/a Prisoners of War* | PA0002047480, PAu003854989 |
| 39 | Millennium Funding, Inc. | *Septembers of Shiraz* | PA0002038711, PAu003740540 |
| 40 | Voltage Holdings, LLC | *Shock and Awe* | PAu003925891, TXu002030507 |
| 41 | Speed Kills Productions, Inc. | *Speed Kills* | PAu 3924057, PAu3882363 |

| | | | |
|---|---|---|---|
| 42 | Voltage Holdings, LLC | *Status Update* | PAu003867210, PAu003850446 |
| 43 | Millennium Funding, Inc. | *Survivor* | PA0001956191, PAu003749574 |
| 44 | Nikola Productions, Inc. | *Tesla* | PAu003998966 |
| 45 | Wonder One, LLC | *The 2nd* | PAu004025415 |
| 46 | Laundry Films, Inc. | *The Brass Teapot* | PAu003664393, PAu003571690 |
| 47 | Voltage Holdings, LLC | *The Cobbler* | PAu003744688, PAu003742177 |
| 48 | Voltage Holdings, LLC | *The Company You Keep* | PAu003660935, PAu003578816 |
| 49 | Bodyguard Productions, Inc. | *The Hitman's Bodyguard* | PAu003844508, PAu003849477 |
| 50 | Millennium Funding, Inc. (previously Millennium SPVH, Inc.) | *The Humbling* | PAu03760198 |
| 51 | Screen Media Ventures, LLC | *The Hurricane Heist* | PA0002147321 |
| 52 | Screen Media Ventures, LLC | *The Last Full Measure* | PAu003981677 |
| 53 | Screen Media Ventures, LLC | *The Ledge* | PAu003547363 |
| 54 | Outpost Productions, Inc. | *The Outpost* | PA0002258273, PA0002263248 |
| 55 | Voltage Holdings, LLC | *The Professor and the Madman* | PAu003920383, PAu003919285 |
| 56 | Screen Media Ventures, LLC | *Universal Soldier Day of Reckoning* | PAu003589569 |
| 57 | Hitman Two Productions, Inc. | *The Hitman's Wife's Bodyguard* | PAu4084868, PAu4005787 |
| 58 | Morgan Creek Productions, Inc. | *All Eyez on Me* | PA0002061487, PAu003807571 |