The Brass Teapot (2012)    720p bluray | Size: 857.51 MB | Hash:
194D45F39D4B538E8453548E4D30F139E0F2B3D7





☆ 20. ------------------------------

email: kyleacathey@yahoo.com
last used ip: 23.108.197.137

☆   date downloaded: 2019-07-24 21:08:18
IP Address city: Phoenix, state: Arizona, zip code: 85054

Hellboy (2019), hash 16CE26D6CDDCA3ED073D1EB410E5F32151E23137, 1080p, 1.94 GB





53. ------------------------------

email: craigslistmail83@gmail.com
last used ip: 23.82.9.47
date downloaded: 2019-07-28 22:47:17
IP Address city: Rockville, state: Maryland, zip code: 20852





✿ 125. ------------------------------

  email: miguel_trindade17@hotmail.com
  last used ip: 23.105.179.151
  date downloaded: 2019-07-24 21:19:26
  IP Address city: Phoenix, state: Arizona, zip code: 85054

Extremely Wicked, Shockingly Evil and Vile (2019), hash
D99EBAEB280D6EE6101C2DC31EDA68F8C54DB4F5, 720p, 936.98 MB





✿ 124. ------------------------------

email: hernandopikachu@gmail.com
last used ip: 207.244.89.90
date downloaded: 2019-07-28 05:53:40
IP Address city: Washington, state: District of Columbia, zip code: 20001



✮ 205. ------------------------------

email: sh.abdullahali12@gmail.com
last used ip: 198.7.62.204
date downloaded: 2019-07-27 19:41:59
IP Address city: Manassas, state: Virginia, zip code: 20109

Rambo: Last Blood (2019), hash E14966740CF1587CC3910280BC44984D5D9D4D71, 720p,
909.41 MB



☆ 4. ------------------------------

email: anthonyu1981fu@gmail.com
last used ip: 23.83.130.18
date downloaded: 2019-11-30 01:03:00
IP Address city: Phoenix, state: Arizona, zip code: 85003



✦ 92. ------------------------------

    email: j.c.palmer.usmc@gmail.com
    last used ip: 199.115.114.78
    date downloaded: 2019-11-30 01:18:20
    IP Address city: Arlington, state: Virginia, zip code: 22205



205. ------------------------------

email: boxa456@hotmail.com
last used ip: 23.82.201.69
date downloaded: 2019-11-30 01:37:55
IP Address city: Kirkland, state: Washington, zip code: 98033



214. ------------------------------

email: iam.johndoe@mail.com
last used ip: 23.108.51.4
date downloaded: 2019-11-30 01:39:45
IP Address city: Miami, state: Florida, zip code: 33142
215. ---------------------

Angel Has Fallen, hash B7330F69794B69D7BD009FEFE4035F4D4F833B6C, 720p, 1.06 GB





☆ 18. ------------------------------

```
email: ronwife2018@gmail.com
last used ip: 23.81.234.27
date downloaded: 2019-11-27 01:16:48
IP Address city: Chandler, state: Arizona, zip code: 85286
```



48. ------------------------------

email: themba404@gmail.com
last used ip: 64.52.103.133
date downloaded: 2019-11-26 19:00:02
IP Address city: Manassas, state: Virginia, zip code: 20110



☆ 65. ------------------------------

email: janeyoo89@gmail.com
last used ip: 172.255.125.150
date downloaded: 2019-11-26 13:59:06
IP Address city: Redwood City, state: California, zip code: 94063
66. ------------------------------



☆ 70. ------------------------------

email: lorlei30@yahoo.com
last used ip: 209.58.129.100
date downloaded: 2019-11-26 12:20:45
IP Address city: San Francisco, state: California, zip code: 94122



147. ------------------------------

email: mifrankee24@gmail.com
last used ip: 64.190.114.134
date downloaded: 2019-11-25 19:35:26
IP Address city: , state: , zip code:



171. -----------------------------

email: sgtriderx4@gmail.com
last used ip: 23.105.179.168
date downloaded: 2019-11-25 14:54:51
IP Address city: Phoenix, state: Arizona, zip code: 85054



186. ------------------------------

```
email: prashanthmania@yahoo.co.in
last used ip: 192.119.166.219
date downloaded: 2019-11-25 10:40:31
IP Address city: San Jose, state: California, zip code: 95141
```



205. ------------------------------

email: megan0308@hotmail.com
last used ip: 66.111.62.93
date downloaded: 2019-11-25 06:09:55
IP Address city: Tampa, state: Florida, zip code: 33611

Once London Has Fallen (2016), hash 5FD06ECEAD783738066F56B6F92CF62331797530, 720p, 730.27 MB





☆ 23. ------------------------------

email: lynx_82900@yahoo.com
last used ip: 207.244.89.90
date downloaded: 2019-01-31 06:51:27
IP Address city: Washington, state: District of Columbia, zip code: 20001

98. -------------------------------

email: lautansunil@yahoo.com
last used ip: 45.56.183.108
date downloaded: 2019-01-04 11:42:30
IP Address city: , state: , zip code:



✱ 132. -------------------------------

email: sneakerfiend82@yahoo.com
last used ip: 209.58.135.72
date downloaded: 2019-04-14 02:15:17
IP Address city: San Francisco, state: California, zip code: 94122



☆ 146. -------------------------------

email: irenemcquilty@gmail.com
last used ip: 23.83.37.209
date downloaded: 2019-04-13 04:21:51
IP Address city: Lakewood, state: California, zip code: 90713

2 Guns (2013)  720p bluray | Size: 810.13 MB | Hash:
9039366BA19414B37EBEC18B4ED9BC8392C66BF8





☆ 43. ------------------------------

```
email: xvonmox@yahoo.com
last used ip: 209.58.135.120
date downloaded: 2019-06-02 15:28:20
IP Address city: San Francisco, state: California, zip code: 94122
```



✱ 54. ------------------------------

email: cdtexter@gmail.com
last used ip: 23.82.14.16
date downloaded: 2019-04-05 23:54:46
IP Address city: Rockville, state: Maryland, zip code: 20852



✱ 67. ------------------------------

```
email: ldavis62003@yahoo.com
last used ip: 209.58.135.74
date downloaded: 2019-02-01 03:35:26
IP Address city: San Francisco, state: California, zip code: 94122
```



email: azbulldog238@yahoo.com
last used ip: 172.241.26.84
date downloaded: 2019-10-10 02:00:26
IP Address city: Dallas, state: Texas, zip code: 75207

And So It Goes (2014) 720p bluray | Size: 754.20 MB | Hash:
BDCB64160F525D8B7FAC0468CC0AAFC3189A4CAA



✗ 3. ------------------------------

email: joshuab2185@gmail.com
last used ip: 207.244.78.109
date downloaded: 2019-01-07 04:56:14
IP Address city: Alexandria, state: Virginia, zip code: 22310



✦ 11. ------------------------------

email: ms21502@yahoo.com
last used ip: 23.82.10.32
date downloaded: 2019-08-27 04:38:01
IP Address city: Manassas, state: Virginia, zip code: 20110

✶ 35. ------------------------------

  email: angellz_heart@yahoo.com
  last used ip: 172.241.214.249
  date downloaded: 2020-01-04 04:20:53
  IP Address city: Phoenix, state: Arizona, zip code: 85054



✰ 40. ------------------------------

  email: hippokidz@gmail.com
  last used ip: 209.58.133.167
  date downloaded: 2019-10-28 10:48:36
  IP Address city: San Francisco, state: California, zip code: 94122

Beyond a Reasonable Doubt (2009)    720p bluray | Size: 809.72 MB | Hash:
C212F6D60609F344F84F0FFCF52508906616DC1E





12. ------------------------------

email: ldavis62003@yahoo.com
last used ip: 209.58.135.74
date downloaded: 2019-02-02 19:37:03
IP Address city: San Francisco, state: California, zip code: 94122



34. ------------------------------

email: hippokidz@gmail.com
last used ip: 209.58.133.167
date downloaded: 2019-10-28 10:48:12
IP Address city: San Francisco, state: California, zip code: 94122

Flypaper (2011)  720p bluray | Size: 551.90 MB | Hash:
4D83F29BBF179F2A1B0DD78334513A3527896F20





✗ 15. ------------------------------

```
email: andrisk2011@gmail.com
last used ip: 198.7.58.98
date downloaded: 2019-03-29 02:53:10
IP Address city: Manassas, state: Virginia, zip code: 20109
```





★ 47. -------------------------------

email: ldavis62003@yahoo.com
last used ip: 209.58.135.74
date downloaded: 2019-01-29 14:49:04
IP Address city: San Francisco, state: California, zip code: 94122



✗ 108. ------------------------------

```
email: jpo4ever@gmail.com
last used ip: 204.14.77.139
date downloaded: 2019-04-08 01:35:50
IP Address city: New York, state: New York, zip code: 10003
```



114. ------------------------------

email: zenone27@yahoo.com
last used ip: 108.62.5.131
date downloaded: 2019-03-24 03:20:29
IP Address city: Phoenix, state: Arizona, zip code: 85054



✮ 207. ------------------------------

```
email: bulkecarte@gmail.com
last used ip: 209.58.137.94
date downloaded: 2019-11-08 00:27:19
IP Address city: El Paso, state: Texas, zip code: 79911
```



Lone Survivor (2013) 720p bluray | Size: 867.58 MB | Hash:
D21B6FEC98653908CA62002A16B149E8C6FC77C4



4. ------------------------------

email: bijithb000@gmail.com
last used ip: 207.244.89.114
date downloaded: 2019-08-27 15:57:47
IP Address city: Washington, state: District of Columbia, zip code: 20001



☆ 10. ------------------------------

email: antonvandalen@yahoo.com
last used ip: 209.58.144.55
date downloaded: 2019-05-25 07:37:04
IP Address city: Dallas, state: Texas, zip code: 75207



✪ 70. ------------------------------

email: jlife2000@yahoo.com
last used ip: 23.82.136.135

date downloaded: 2019-04-13 19:35:07
IP Address city: Boca Raton, state: Florida, zip code: 33428



169. ------------------------------

email: azbulldog238@yahoo.com
last used ip: 172.241.26.84
date downloaded: 2019-07-31 06:03:16
IP Address city: Dallas, state: Texas, zip code: 75207



★ 186. ------------------------------

```
email: trueryda4life2000@yahoo.com
last used ip: 192.119.166.96
date downloaded: 2019-01-02 09:54:33
IP Address city: San Jose, state: California, zip code: 95141
```

The Hurricane Heist (2018), hash 746367BD424F7F97B153277EB7FB6C2500F26C24 , 720p, 895.66 MB





84. ------------------------------

email: jmmedina322@gmail.com
last used ip: 23.83.37.185
date downloaded: 2019-01-06 04:05:13
IP Address city: Lakewood, state: California, zip code: 90713

☆ 92. ------------------------------

```
email: stormsdragon3@gmail.com
last used ip: 23.83.129.162
date downloaded: 2019-04-05 04:20:37
IP Address city: Phoenix, state: Arizona, zip code: 85003
```



✱ 145. ------------------------------

    email: engineertorrent@gmail.com
    last used ip: 207.244.89.106
    date downloaded: 2019-05-11 16:48:28
    IP Address city: Washington, state: District of Columbia, zip code: 20001

☆ email: support@mountingsquaredstreamz.com
  last used ip: 23.82.136.224
  date downloaded: 2019-11-02 21:46:42
  IP Address city: Boca Raton, state: Florida, zip code: 33428

The Last Full Measure (2019), hash 51A15DE119BD5A35A655FFDCA8D18F584A1B9346   , 720p,
1.03 GB





✱ 64. ------------------------------

email: nickb@eclipse.co.uk
last used ip: 173.234.158.177
date downloaded: 2020-01-22 21:23:49
IP Address city: Smithtown, state: New York, zip code: 11787

✱ 68. ------------------------------

email: kobusvdw69@gmail.com
last used ip: 108.62.3.45
date downloaded: 2020-01-25 11:53:41
IP Address city: Phoenix, state: Arizona, zip code: 85054



89. ------------------------------

email: colortone7@bigpond.com
last used ip: 23.83.130.178
date downloaded: 2020-01-20 06:45:35
IP Address city: Phoenix, state: Arizona, zip code: 85003



✗ 140. ------------------------------

email: arizonafresh@aol.com
last used ip: 23.81.234.144
date downloaded: 2020-01-25 06:48:32
IP Address city: Chandler, state: Arizona, zip code: 85286



★ 163. ------------------------------

    email: dg7569@yahoo.com

last used ip: 23.105.165.228
date downloaded: 2020-01-25 03:09:54
IP Address city: Atlanta, state: Georgia, zip code: 30303



170. -------------------------------

email: ms21502@yahoo.com
last used ip: 23.82.10.32

date downloaded: 2020-01-25 23:39:00
IP Address city: Manassas, state: Virginia, zip code: 20110

The Ledge (2011)   720p bluray | Size: 749.86 MB | Hash:
2E9BC7D4E85632661972C53D6A50F389020202C4





☆ 52. ------------------------------

email: aprianiahmad3@gmail.com
last used ip: 207.244.89.107
date downloaded: 2019-08-08 06:20:56
IP Address city: Washington, state: District of Columbia, zip code: 20001



Universal Soldier Day of Reckoning (2012)  720p bluray | Size: 898.72 MB | Hash:
423CB45B28C97B21C4E5995953CA104FF0AB8E85





✱ 24. ------------------------------

    email: jlife2000@yahoo.com
    last used ip: 23.82.136.135
    date downloaded: 2019-04-13 19:39:43
    IP Address city: Boca Raton, state: Florida, zip code: 33428



☆ 33. ------------------------------

email: ldavis62003@yahoo.com
last used ip: 209.58.135.74
date downloaded: 2019-01-19 19:30:56
IP Address city: San Francisco, state: California, zip code: 94122



✳  58. ------------------------------

email: azbulldog238@yahoo.com
last used ip: 172.241.26.84
date downloaded: 2019-08-26 09:06:49
IP Address city: Dallas, state: Texas, zip code: 75207



I Feel Pretty (2018), hash F63F5737AA36AC1D23B92B4E14957F3B79E507C1, 720p, 934.61 MB





☆  72. ------------------------------

    email: stormsdragon3@gmail.com
    last used ip: 23.83.129.162
    date downloaded: 2019-02-12 04:04:27
    IP Address city: Phoenix, state: Arizona, zip code: 85003

## CERTIFICATE OF AUTHENTICITY

Senthil Segaran hereby declares under penalty of laws of the United States, India and the United Kingdom that the following is true and correct.

1.      I am the sole shareholder, sole director and custodian of the records for Techmodo Limited.  Each of the records attached hereto is the original or duplicate of an original record in the custody of Techmodo Limited.

2.      Such records were made at or near the time by — or from information transmitted by — someone with knowledge of these matters.

3.      Such records are kept in the course of a regularly conducted activity of business.

I declare under the penalty of perjury of the laws of India and the United Kingdom that the foregoing is true and correct.


DATED: London, England, September __1__, 2020.


_____
Senthil Segaran


Certificate of Authenticity - Segaran