**From:** notice@dmcagateway.com
**Sent:** Saturday, August 22, 2020 10:41 PM
**To:** abuse@us.leaseweb.com
**Subject:** Notice of Claimed Infringement [Case No. 42464160790]

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 42464160790
Notice Date: 2020-08-23 08:40:43

Dear Sir or Madam:

This message is sent on behalf of HB Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

HB Productions, Inc. owns the copyrights to the movie Hellboy. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Hellboy
Infringing FileName: Hellboy (2019) [WEBRip] [1080p] [YTS.LT] Infringing FileSize: 2088501368 Infringer's IP Address: 209.58.139.35 Infringer's Port: 63368 Initial Infringement Timestamp: 2020-08-22 17:44:59

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing HB Productions, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of HB Productions, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of HB Productions, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Exhibit "4"

Catherine Hyde
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
<Case>
<ID>42464160790</ID>
</Case>
<Complainant>
<Entity>HB Productions, Inc.</Entity>
<Contact>Catherine Hyde</Contact>
<Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
<Email>notice@dmcagateway.com</Email>

</Complainant>
<Service_Provider>
<Entity>Leaseweb USA</Entity>
<Address>9480 Innovation Dr, Manassas, VA 20109, US</Address>
<Phone>+1-571-814-3777</Phone>
<Email>abuse@us.leaseweb.com</Email>
</Service_Provider>
<Source>
<TimeStamp>2020-08-22T17:44:59Z</TimeStamp>
<IP_Address>209.58.139.35</IP_Address>
<Port>63368</Port>
<Type>BitTorrent</Type>
</Source>
<Content>
<Item>
<Title>Hellboy</Title>
<FileName>Hellboy (2019) [WEBRip] [1080p] [YTS.LT]</FileName>
<FileSize>2088501368</FileSize>
<Type>Movie</Type>
<Hash Type="SHA1">E1F8020C12028A1C9AC791E790FDC53F3F65A3E4</Hash>
</Item>
</Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

[redacted]



-----END PGP SIGNATURE-----