20-021B D45

## DECLARATION OF TAYAH DURNAN

TAYAH DURNAN, hereby declares under the penalty of law that the following is true and correct:

1.     I am over 18 years of age and reside in Brisbane, Australia.  I am making this declaration under my own free will.

2.     I understand that Rambo V Productions, Inc. has evidence that I logged onto the website YTS using the email address tmdurnan@gmail.com to download a torrent file of the motion picture *Rambo V: Last Blood* on 11/30/2019 1:10AM from Internet Protocol address 104.143.92.63 of Express VPN/Web2Objects LLC.

3.     Without admitting liability, I admit that I did use said email address to login into the YTS website and download said torrent file and used the BitTorrent app "uTorrent" to download the motion picture while logged into my VPN service provided by Express VPN. I did so without knowing that the torrent files provided by the YTS website were illegal.

4.     I did not receive any warning or notices from my Internet Service Provider Express VPN or from Web2Objects LLC.

5.     I would have immediately stopped using the BitTorrent Client had I received any warning or notice from my Internet Service Provider.

I declare under penalty of perjury that the foregoing is true and correct.
DATED:  November 12, 2020.

_____
Tayah Durnan

Declaration of Tayah Durnan
pg. 1/1