20-024B D24

# DECLARATION OF CECILIA PEACOCK

CECILIA PEACOCK, hereby declares under the penalty of law that the following is true and correct:

1. I am over 18 years of age and reside in ~~Dallas, Texas~~ Australia. I am making this declaration under my own free will.

2. I understand that Screen Media Ventures, LLC has evidence that I logged onto the website YTS using the email address ceciliapeacock19951@gmail.com to download a torrent file of the motion picture *And So It Goes* on 8/31/2019 14:39 UTC from Internet Protocol ("IP") 167.160.167.233 of Express VPN.

3. Without admitting liability, I used a BitTorrent Client application "Popcorn Time" to download and share copies of the above motion pictures. I did so without knowing that the torrent files provided by the YTS website were illegal.

4. I never received any warning or notices from my Internet Service Provider Express VPN concerning alleged copyright infringement.

5. I would have immediately stopped using the BitTorrent Client had I received any warning or notice from my Internet Service Provider.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 7, 2020.                   _____
                                           CECILIA PEACOCK,
                                           Dallas, Texas

Declaration of CECILIA PEACOCK pg. 1/1