UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MILLENNIUM FUNDING, INC., *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> SURFSHARK LTD. *et al.*, <br><br> Defendants. | Civil Action No. 1:21-cv-00643-RDA-MSN |

**PLAINTIFFS' EX PARTE MOTION TO SERVE BY ALTERNATIVE MEANS**

Plaintiffs MILLENNIUM FUNDING, INC., SCREEN MEDIA VENTURES, LLC, VOLTAGE HOLDINGS, LLC, MILLENNIUM MEDIA, INC., PARADOX STUDIOS, LLC, DALLAS BUYERS CLUB, LLC, WONDER ONE, LLC, FW PRODUCTIONS, LLC, MILLENNIUM IP, INC., I AM WRATH PRODUCTIONS, INC., FAMILY OF THE YEAR PRODUCTIONS, LLC, AMBI DISTRIBUTION CORP., KILLING LINK DISTRIBUTION, LLC, BADHOUSE STUDIOS, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., LAUNDRY FILMS, INC., VENICE PI, LLC, RAMBO V PRODUCTIONS, INC., SPEED KILLS PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC., BODYGUARD PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., HITMAN 2 PRODUCTIONS, INC. and MORGAN CREEK PRODUCTIONS, INC. ("Plaintiffs"), by and through their counsel, hereby respectfully move this Court to authorize service by alternative means on Defendants SURFSHARK LTD., ZENGUARD GMBH, EXPRESS VPN INTERNATIONAL LTD. (BVI Limited Company), EXPRESS VPN INTERNATIONAL LIMITED (Isle of Man Company), and VPN CONSUMER NETWORK SERVICES (collectively "Defendants") via registered electronic mail pursuant to Rule

20-023P

4(f)(3) of the Federal Rules of Civil Procedure. A memorandum in support of this motion is filed concurrently herewith.

Dated: August 27, 2021

Respectfully submitted,

/s/ Kerry S. Culpepper
Kerry S. Culpepper
Virginia Bar No. 45292
Counsel for Plaintiffs
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Tel.: (808) 464-4047
kculpepper@culpepperip.com

20-023P