Exhibit "1"

Home  >  Whois Lookup  >  SurfShark.com

## Whois Record for SurfShark.com

**— Domain Profile**

| | |
|---|---|
| **Proximity Score** | 22 |
| **Email** | abuse@namebright.com is associated with ~5,482,178 domains<br>surfshark.com@namebrightprivacy.com |
| **Registrar** | TurnCommerce, Inc. DBA NameBright.com<br>IANA ID: 1441<br>URL: http://www.NameBright.com<br>Whois Server: whois.NameBright.com<br><br>abuse@namebright.com<br>(p) 17204960020 |
| **Registrar Status** | clientTransferProhibited |
| **Dates** | 5,079 days old<br>Created on 2007-09-30<br>Expires on 2022-09-29<br>Updated on 2020-08-23 |
| **Name Servers** | DALE.NS.CLOUDFLARE.COM (has 21,893,920 domains)<br>DAWN.NS.CLOUDFLARE.COM (has 21,893,920 domains) |
| **IP Address** | 104.20.174.77 is hosted on a dedicated server |
| **IP Location** | - California - San Jose - Cloudflare Inc. |
| **ASN** | AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) |
| **Domain Status** | Registered And Active Website |
| **Whois History** | 426 records have been archived since 2000-02-01 |
| **IP History** | 100 changes on 100 unique IP addresses over 17 years |
| **Registrar History** | 5 registrars with 3 drops |
| **Hosting History** | 19 changes on 13 unique name servers over 16 years |

**— Website**

| | |
|---|---|
| **Website Title** | Surfshark: Secure Your Digital Life |
| **Server Type** | cloudflare |
| **Response Code** | 200 |

| Terms | 461 (Unique: 254, Linked: 177) |
|---|---|
| Images | 39 (Alt tags missing: 14) |
| Links | 85  (Internal: 74, Outbound: 5) |

**Whois Record ( last updated on 2021-08-26 )**

```
Domain Name: SurfShark.com
Registry Domain ID: 1245878773_DOMAIN_COM-VRSN
Registrar WHOIS server: whois.NameBright.com
Registrar URL: http://www.NameBright.com
Updated Date: 2020-08-24T00:00:00.000Z
Creation Date: 2007-09-30T09:00:38.000Z
Registrar Registration Expiration Date: 2022-09-30T00:00:00.000Z
Registrar: TurnCommerce, Inc. DBA NameBright.com
Registrar IANA ID: 1441
Registrar Abuse Contact Email: abuse@namebright.com
Registrar Abuse Contact Phone: +1.7204960020
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Private Registration
Registrant Organization: NameBrightPrivacy.com
Registrant Street: 2635 Walnut Street
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80205
Registrant Country: US
Registrant Phone: +1.7204960020
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: surfshark.com@namebrightprivacy.com
Registry Admin ID: Not Available From Registry
Admin Name: Private Registration
Admin Organization: NameBrightPrivacy.com
Admin Street: 2635 Walnut Street
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80205
Admin Country: US
Admin Phone: +1.7204960020
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: surfshark.com@namebrightprivacy.com
Registry Tech ID: Not Available From Registry
Tech Name: Private Registration
Tech Organization: NameBrightPrivacy.com
Tech Street: 2635 Walnut Street
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80205
Tech Country: US
Tech Phone: +1.7204960020
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: surfshark.com@namebrightprivacy.com
Name Server: dawn.ns.cloudflare.com
Name Server: dale.ns.cloudflare.com
DNSSEC: unsigned
```

```
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net

For more information on Whois status codes, please visit https://icann.org/epp
```



## Tools

| Whois History |
|---|
| Hosting History |

| Monitor Domain Properties | ▼ |
|---|---|
| Reverse Whois Lookup | ▼ |
| Reverse IP Address Lookup | ▼ |

| Network Tools | ▼ |
|---|---|
| Visit Website | |

| ⬇ Preview the Full Domain Report |
|---|