UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MILLENNIUM FUNDING, INC., *et al*,

    Plaintiffs,

v.

SURFSHARK LTD. *et al.*,

    Defendants.

Civil Action No. 1:21-cv-00643-RDA-MSN

## NOTICE OF WAIVER OF HEARING

Pursuant to Local Rule 7(j) and Rule 78(b) of the *Federal Rules of Civil Procedure*, the Plaintiffs, by counsel, waive a hearing and submit their Motion for Leave to Serve by Alternative Means [Doc. #18] for disposition upon the papers filed.

Dated:  Aug. 27, 2021

    Respectfully submitted,

    /s/ Kerry S. Culpepper

Kerry S. Culpepper*,*
Virginia Bar No. 45292
Counsel for Plaintiffs
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Tel.: (808) 464-4047
Fax.: (202) 204-5181
kculpepper@culpepperip.com
*Counsel for Plaintiffs*

20-023I