UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

------------------------------------------ x

MILLENNIUM FUNDING, INC., *et al.*,

           Plaintiffs,

   -against-

SURFSHARK LTD., KEEPSOLID, INC. d/b/a/ VPN UNLIMITED, ZENGUARD GMBH, EXPRESS VPN INTERNATIONAL LTD (a BVI Limited Company), EXPRESS VPN INTERNATIONAL LTD (an Isle of Man Limited Company), VPN CONSUMER NETWORK and VPN CONSUMER NETWORK SERVICES,

           Defendants.

No. 1:21-CV-00643 RDA/MSN

------------------------------------------ x

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF PROOF OF SERVICE**

Plaintiffs MILLENNIUM FUNDING, INC., SCREEN MEDIA VENTURES, LLC, VOLTAGE HOLDINGS, LLC, MILLENNIUM MEDIA, INC., PARADOX STUDIOS, LLC, DALLAS BUYERS CLUB, LLC, WONDER ONE, LLC, FW PRODUCTIONS, LLC, MILLENNIUM IP, INC., I AM WRATH PRODUCTIONS, INC., FAMILY OF THE YEAR PRODUCTIONS, LLC, AMBI DISTRIBUTION CORP., KILLING LINK DISTRIBUTION, LLC, BADHOUSE STUDIOS, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., LAUNDRY FILMS, INC., VENICE PI, LLC, RAMBO V PRODUCTIONS, INC., SPEED KILLS PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC., BODYGUARD PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., HITMAN 2 PRODUCTIONS, INC. and MORGAN CREEK PRODUCTIONS, INC. (collectively, "Plaintiffs'), through counsel, hereby provide notice to the Court that they withdraw, and by this notice hereby do withdraw, the returned and executed summons (ECF No. 28) served upon Defendant Surfshark Ltd. ("Surfshark"). Plaintiffs further withdraw any proof of service established by that summons.

In lieu of service, Surfshark has executed the waiver of service form executed outside of the United States filed concurrently herewith, which Plaintiffs accept for purposes of establishing service of the Amended Complaint (ECF No. 12) and Surfshark's deadline to respond to the Amended Complaint. With submission of the attached Waiver of Service, Surfshark's deadline to respond to the Amended Complaint is December 16, 2021.

Dated: October 1, 2021               MILLENIUM FUNDING, INC., *et al.*

                                            By: /s/ *Kerry S. Culpepper*
                                            Kerry S. Culpepper,
                                            Virginia Bar No. 45292
                                            Counsel for Plaintiffs
                                            CULPEPPER IP, LLLC
                                            75-170 Hualalai Road, Suite B204
                                            Kailua-Kona, Hawai'i 96740
                                            Tel.: (808) 464-4047
                                            Fax.: (202) 204-5181
                                            kculpepper@culpepperip.com

## CERTIFICATE OF SERVICE

I hereby certify that on the October 1, 2021, the foregoing was electronicallyfiled and served on all counsel of through the Court's CM/ECF system, in accordance with the Court's electronic case filing policies and procedures.

        By:   /s/ *Kerry S. Culpepper*
        Kerry S. Culpepper,
        Virginia Bar No. 45292
        Counsel for Plaintiffs
        CULPEPPER IP, LLLC
        75-170 Hualalai Road, Suite B204
        Kailua-Kona, Hawai'i 96740
        Tel.: (808) 464-4047
        Fax.: (202) 204-5181
        kculpepper@culpepperip.com