UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

---

MILLENNIUM FUNDING, INC., *et al.*,

    Plaintiffs,

v.

SURFSHARK LTD., *et al.*,

    Defendants.

---

No. 1:21-cv-00643 RDA/IDD

### ORDER

This matter is before the Court on Defendants ZenGuard GmbH, Express VPN International Ltd (BVI), Express VPN International Ltd (Isle of Man), VPN Consumer Network, and VPN Consumer Network Services' Consent Motion to Extend Time to Respond to the Amended Complaint dated August 24, 2021 (the "Amended Complaint") made pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Civil Rule 7 [Dkt. No. 41]. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that the Consent Motion is hereby **GRANTED**. It is further

ORDERED that the time ZenGuard GmbH, Express VPN International Ltd (BVI), Express VPN International Ltd (Isle of Man), VPN Consumer Network, and VPN Consumer Network Services have to respond to the Amended Complaint is extended to and including December 16, 2021.

It is SO ORDERED.

Dated: November 22, 2021

/s/ Ivan D. Davis
HON. IVAN D. DAVIS
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia