# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| MILLENNIUM FUNDING, INC., et al,<br><br>Plaintiffs,<br><br>v.<br><br>SURFSHARK LTD et al.,<br><br>Defendants. | Civil Action No. 1:21-cv-00643-RDA-IDD |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and subject to the terms of a confidential settlement between Plaintiffs MILLENNIUM FUNDING, INC., SCREEN MEDIA VENTURES, LLC, VOLTAGE HOLDINGS, LLC, MILLENNIUM MEDIA, INC., PARADOX STUDIOS, LLC, DALLAS BUYERS CLUB, LLC, WONDER ONE, LLC, FW PRODUCTIONS, LLC, MILLENNIUM IP, INC., I AM WRATH PRODUCTIONS, INC., FAMILY OF THE YEAR PRODUCTIONS, LLC, AMBI DISTRIBUTION CORP., KILLING LINK DISTRIBUTION, LLC, BADHOUSE STUDIOS, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., LAUNDRY FILMS, INC., VENICE PI, LLC, RAMBO V PRODUCTIONS, INC., SPEED KILLS PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC., BODYGUARD PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., HITMAN 2 PRODUCTIONS, INC. and MORGAN CREEK PRODUCTIONS, INC. ("Plaintiffs") and Defendant SURFSHARK LTD. ("Defendant Surfshark"), the Plaintiffs hereby dismiss all claims against Defendant Surfshark with prejudice.

Dated December 13, 2021

*/s/ Kerry S. Culpepper*
Kerry S. Culpepper, Esq.
Virginia Bar No. 45292
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Tel.: (808) 464-4047
Fax.: (202) 204-5181
Email: kculpepper@culpepperip.com
*Counsel for Plaintiffs*