**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
ALEXANDRIA DIVISION

| | |
|---|---|
| MILLENNIUM FUNDING, INC., *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> SURFSHARK LTD., *et al.*, <br><br>  Defendants. | No. 1:21-CV-00643 RDA/IDD |

**DEFNDANT ZENGUARD GMBH'S MOTION TO STRIKE**

Defendant ZenGuard GmbH ("ZenGuard"), by and through undersigned counsel, respectfully submits this Motion to Strike paragraphs 84–87 and 89–97 of the First Amended Complaint, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure. A memorandum in support of this motion is submitted herewith.

- 2 -

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | ZENGUARD GMBH |
| Dated: December 16, 2021 | By:   */s/ Gary M. Hnath* |

Gary M. Hnath (VSB #33953)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006-1101
Telephone:  (202) 263-3000
Facsimile:  (202) 263-3300
ghnath@mayerbrown.com

A. John P. Mancini*
Paul Fakler*
MAYER BROWN LLP
12221 Avenue of the Americas
New York, NY 10020-1001
Telephone: (212) 506-2441
Facsimile: (212) 849-5549
jmancini@mayerbrown.com
pfakler@mayerbrown.com

*admitted *pro hac vice*

*Counsel for Defendant ZenGuard GmbH*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of December, 2021, the foregoing was electronically filed and served on all counsel through the Court's CM/ECF system, in accordance with the Court's electronic case filing policies and procedures.

By:   */s/ Gary M. Hnath*
Gary Hnath (VSB #33953)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
ghnath@mayerbrown.com