IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MILLENNIUM FUNDING, INC., *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:21-cv-643 (RDA/IDD) |
| SURFSHARK, LTD., *et al.*, | ) ) ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the Court on the Stipulation of Dismissal With Prejudice of Defendants Express VPN International Ltd. (a BVI Limited Company); Express VPN International Ltd. (an Isle of Man Limited Company); VPN Consumer Network; and VPN Consumer Network Services. Dkt. 56. Accordingly, the action is DISMISSED WITHOUT PREJUDICE as to Defendants Express VPN International Ltd. (BVI); Express VPN International Ltd. (Isle of Man); VPN Consumer Network; and VPN Consumer Network Services.

It is SO ORDERED.

Alexandria, Virginia
December 20, 2021

/s/
Rossie D. Alston, Jr.
United States District Judge