UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MILLENNIUM FUNDING, INC., et al,<br><br>    Plaintiffs,<br><br>v.<br><br>SURFSHARK LTD et al.,<br><br>    Defendants. | Civil Action No. 1:21-cv-00643-RDA-IDD |

**JOINT STIPULATION FOR DISMISSAL OF DEFENDANT ZENGUARD GMBH WITHOUT PREJUDICE**

Plaintiffs MILLENNIUM FUNDING, INC., SCREEN MEDIA VENTURES, LLC, VOLTAGE HOLDINGS, LLC, MILLENNIUM MEDIA, INC., PARADOX STUDIOS, LLC, DALLAS BUYERS CLUB, LLC, WONDER ONE, LLC, FW PRODUCTIONS, LLC, MILLENNIUM IP, INC., I AM WRATH PRODUCTIONS, INC., FAMILY OF THE YEAR PRODUCTIONS, LLC, AMBI DISTRIBUTION CORP., KILLING LINK DISTRIBUTION, LLC, BADHOUSE STUDIOS, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., LAUNDRY FILMS, INC., VENICE PI, LLC, RAMBO V PRODUCTIONS, INC., SPEED KILLS PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC., BODYGUARD PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., HITMAN 2 PRODUCTIONS, INC. and MORGAN CREEK PRODUCTIONS, INC. ("Plaintiffs") and Defendant ZENGUARD GMBH ("ZenGuard") (Plaintiffs and Defendant ZenGuard collectively, "Parties"), through their counsel, hereby file this joint stipulation for dismissal without prejudice.

The Parties agree that the present joint dismissal shall not be considered a previously dismissed action pursuant to Rules 41(a)(1)(B) of the *Federal Rules of Civil Procedure*.

Plaintiffs and Defendant ZenGuard do not seek an award of attorney's fees and/or costs.

This Stipulation has been executed by counsel for Plaintiffs and Defendant ZenGuard.

Note that this action does not terminate the matter as claims remain against other Defendants.

DATED: December 23, 2021

By:  /s/ Kerry S. Culpepper
Kerry S. Culpepper, Esq.
Virginia Bar No. 45292
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Tel.: (808) 464-4047
Fax.: (202) 204-5181
Email: kculpepper@culpepperip.com
*Counsel for Plaintiffs*

By :  /s/ Gary M. Hnath
Gary M. Hnath (VSB #33953)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006-1101
Telephone: (202) 263-3040
Facsimile: (202) 263-5340
ghnath@mayerbrown.com
Paul Fakler*
A. John P. Mancini*
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020-1001
Telephone: (212) 506-2441
Facsimile: (212) 849-5549
pfakler@mayerbrown.com
jmancini@mayerbrown.com
*pro hac vice*
*Counsel for Defendant ZENGUARD GMBH*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2021, the foregoing was electronically filed and served on all counsel of through the Court's CM/ECF system, in accordance with the Court's electronic case filing policies and procedures:

By: /s/ Kerry S. Culpepper
Kerry S. Culpepper,
Virginia Bar No. 45292
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Tel.: (808) 464-4047
Fax.: (202) 204-5181
Email: kculpepper@culpepperip.com
*Counsel for Plaintiffs*