UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ILLENNIUM FUNDING, INC., SCREEN MEDIA VENTURES, LLC, VOLTAGE HOLDINGS, LLC, MILLENNIUM MEDIA, INC., PARADOX STUDIOS, LLC, DALLAS BUYERS CLUB, LLC, WONDER ONE, LLC, FW PRODUCTIONS, LLC, MILLENNIUM IP, INC., I AM WRATH PRODUCTIONS, INC., FAMILY OF THE YEAR PRODUCTIONS, LLC, AMBI DISTRIBUTION CORP., KILLING LINK DISTRIBUTION, LLC, BADHOUSE STUDIOS, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., LAUNDRY FILMS, INC., VENICE PI, LLC, RAMBO V PRODUCTIONS, INC., SPEED KILLS PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC., BODYGUARD PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., HITMAN 2 PRODUCTIONS, INC. and MORGAN CREEK PRODUCTIONS, INC,<br><br>    Plaintiffs,<br><br>    v.<br><br>KEEPSOLID, INC. d/b/a/ VPN UNLIMITED,<br><br>    Defendant. | Civil Action No. 1:21-cv-00643-RDA-IDD |

## JOINT STATUS REPORT

Pursuant to this Court's Order [Doc. #53] of Dec. 2, 2021, Plaintiffs MILLENNIUM FUNDING, INC., SCREEN MEDIA VENTURES, LLC, VOLTAGE HOLDINGS, LLC, MILLENNIUM MEDIA, INC., PARADOX STUDIOS, LLC, DALLAS BUYERS CLUB, LLC, WONDER ONE, LLC, FW PRODUCTIONS, LLC, MILLENNIUM IP, INC., I AM WRATH PRODUCTIONS, INC., FAMILY OF THE YEAR PRODUCTIONS, LLC, AMBI

DISTRIBUTION CORP., KILLING LINK DISTRIBUTION, LLC, BADHOUSE STUDIOS, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., LAUNDRY FILMS, INC., VENICE PI, LLC,  RAMBO V PRODUCTIONS, INC., SPEED KILLS PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC., BODYGUARD PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., HITMAN 2 PRODUCTIONS, INC. and MORGAN CREEK PRODUCTIONS, INC. ("Plaintiffs") and Defendant KEEPSOLID, INC. d/b/a VPN Unlimited ("KeepSolid") (all collectively, "Parties") provide this joint notice of the status of their settlement negotiations.

On Nov. 19, 2021, Plaintiffs sent Defendant a proposed settlement agreement.

On Dec. 22, 2021, Defendant sent Plaintiffs a revised proposed settlement agreement.

On Dec. 27, 2021, Plaintiffs sent Defendant a revision to Defendant's revised proposed settlement agreement which is presently under review by Defendant and its counsel.

 Dated:  Jan. 3, 2022

Respectfully submitted,

| | |
|---|---|
| /s/ Kerry S. Culpepper<br>Kerry S. Culpepper,<br>Virginia Bar No. 45292<br>CULPEPPER IP, LLLC<br>75-170 Hualalai Road, Suite B204<br>Kailua-Kona, Hawai'i 96740<br>Tel.: (808) 464-4047<br>Fax.: (202) 204-5181<br>Email: kculpepper@culpepperip.com<br>*Counsel for Plaintiffs* | By: */s/ Clinton H. Brannon*<br>Clinton H. Brannon<br>Virginia State Bar No. 72340<br>Counsel for Defendant<br>WILLIAMS MULLEN<br>8350 Broad Street, Suite 1600<br>Tysons, Virginia 22102<br>Telephone: (703) 760-5200<br>Facsimile: (703) 748-0244<br>cbrannon@williamsmullen.com<br>-and-<br>Windels Marx Lane & Mittendorf, LLP<br>Robert J. Malatak (*pro hac vice*) |

rmalatak@windelsmarx.com
Michael Harary (*pro hac vice*)
mharary@windelsmarx.com
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
Facsimile: (212) 262-1215
*Co-Counsel for Defendant KEEPSOLID, INC. d/b/a/*
*VPN UNLIMITED*

## CERTIFICATE OF SERVICE

I hereby certify that on Jan. 3, 2022, the foregoing was electronically filed and served on all counsel of through the Court's CM/ECF system, in accordance with the Court's electronic case filing policies and procedures:

By: /s/ Kerry S. Culpepper
Kerry S. Culpepper,
Virginia Bar No. 45292
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Tel.: (808) 464-4047
Fax.: (202) 204-5181
Email: kculpepper@culpepperip.com
*Counsel for Plaintiffs*

{11998294:2}
20-023P

4