IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MILLENNIUM FUNDING, INC., *et al.*,  )
  )
   Plaintiffs,  )
  )
v.  )  Civil Action No. 1:21-cv-643 (RDA/IDD)
  )
SURFSHARK, LTD., *et al.*,  )
  )
   Defendants.  )

### ORDER

This matter comes before the Court on the Joint Stipulation for Dismissal of Defendant Zenguard GMBH Without Prejudice. Dkt. 66. Accordingly, the action is DISMISSED WITHOUT PREJUDICE as to Defendant Zenguard GMBH; and it is

FURTHER ORDERED that the Motion to Dismiss (Dkt. 57) and Motion to Strike (Dkt. 59) filed by Defendant Zenguard GMBH are DENIED as MOOT.

It is SO ORDERED.

Alexandria, Virginia
January 5, 2022

/s/
Rossie D. Alston, Jr.
United States District Judge