IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MILLENNIUM FUNDING, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:21-cv-643 (RDA/IDD) |
| | ) | |
| SURFSHARK, LTD., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter comes before the Court on the Joint Stipulation for Dismissal of Defendant KeepSolid, Inc. d/b/a VPN Unlimited With Prejudice. Dkt. 70. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action is DISMISSED WITH PREJUDICE as to Defendant KeepSolid, Inc. The Court specifically retains jurisdiction over this action for 180 days for the purpose of enforcing the Settlement Agreement in accordance with its terms.

The Clerk is directed to forward copies of this Order to counsel of record and close this civil action.

It is SO ORDERED.

Alexandria, Virginia
January 14, 2022

/s/
Rossie D. Alston, Jr.
United States District Judge