AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>1:21-cv-643 | DATE FILED<br>5/25/2021 | United States District Court- Eastern District of Alexandria<br>401 Courthouse Square<br>Alexandria, VA 22314 |
| PLAINTIFF<br>MILLENNIUM FUNDING, INC. et al. | | DEFENDANT<br>LEASEWEB USA, INC., et al. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>Fernando Galindo | (BY) DEPUTY CLERK<br>L. Bergamine | DATE<br>01/14/2022 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

| No. | OWNER | MOTION PICTURE | Certificate Number |
|---|---|---|---|
| 1 | Millennium Funding, Inc. | *Angel Has Fallen* | PA0002197434, PAu003917080 |
| 2 | 211 Productions, Inc. | *211* | PAu003905278, PA0002132686 |
| 3 | Screen Media Ventures, LLC | *2 Guns* | PA0001874757, PAu003622806 |
| 4 | Screen Media Ventures, LLC | *And So It Goes* | PAu003739793, PAu003685566, PAu003148782 |
| 5 | Voltage Holdings, LLC | *A Family Man* | PA0002039392, TXu001967832, TXu001374031 |
| 6 | Millennium Funding, Inc. | *Automata* | PA0001923090, PAu003712705 |
| 7 | Eve Nevada, LLC | *Ava* | PA0002235557, PAu003943693 |
| 8 | Millennium Media, Inc. | *Before I Go to Sleep* | PAu003753175, PA0001939571 |
| 9 | Screen Media Ventures, LLC | *Beyond a Reasonable Doubt* | PAu003419303 |
| 10 | Paradox Studios, LLC | *Black Butterfly* | PAu003875290, PAu003826055, PAu003854895 |
| 11 | Millennium Funding, Inc. | *Boyka: Undisputed IV* | PA0002031176, PAu003798816 |
| 12 | Millennium Funding, Inc. | *Criminal* | PA0001984029, PAu003772954 |
| 13 | Dallas Buyers Club, LLC | *Dallas Buyer's Club* | PA0001873195 |
| 14 | Day of Dead Productions, Inc. | *Day of the Dead: Bloodline* | PA0002104460 |
| 15 | Wonder One, LLC | *Disturbing the Peace* | PAu003991009 |
| 16 | Voltage Holdings, LLC | *Extremely Wicked, Shockingly Vile and Evil* | PAu003953148, PAu003905674 |
| 17 | Voltage Holdings, LLC | *Fathers and Daughters* | PAu003762811, PAu003713364 |
| 18 | Screen Media Ventures, LLC | *Flypaper* | PAu003581019 |
| 19 | FW Productions, LLC | *Future World* | PA0002024764 |
| 20 | Millennium Funding, Inc. | *Hellboy* | PA0002176664 |
| 21 | Millennium IP, Inc. | *Homefront* | PA0001877609 |

**Exhibit "1"**

| | | | |
|---|---|---|---|
| 22 | Hunter Killer Productions, Inc. | *Hunter Killer* | PA0002147752, PAu003868948 |
| 23 | I am Wrath Production, Inc. | *I am Wrath* | PAu003813390 |
| 24 | Voltage Holdings, LLC | *I Feel Pretty* | PAu003896491, PAu003886973 |
| 25 | Family of the Year Productions, LLC | *I Spit on Your Grave* | PA003546450 |
| 26 | Voltage Holdings, LLC | *I.T.* | PAu003801126 |
| 27 | Ambi Distribution Corp. | *In Dubious Battle* | PA0002061686 |
| 28 | Killing Link Distribution, LLC | *Kill Chain* | PAu003975781 |
| 29 | Badhouse Studios, LLC | *Larceny* | PAu003852034, PAu003892760 |
| 30 | LF2 Productions, Inc. | *Leatherface* | PAu003809024, PA0002054658 |
| 31 | LHF Productions, Inc. | *London Has Fallen* | PA0001982831, 10PAu003789521 |
| 32 | Screen Media Ventures, LLC | *Lone Survivor* | PA0001397568, PA0001875012 |
| 33 | Laundry Films, Inc. | *Tatterdemalion aka The Lost Child* | PAu003771894, PA2260712 |
| 34 | Millennium Funding, Inc. | *Mechanic: Resurrection* | PA0001998057 |
| 35 | Venice PI, LLC | *Once Upon a Time in Venice* | PA0002039391, TXu001968528 |
| 36 | Voltage Holdings, LLC | *Pay the Ghost* | PA0001957914, TXu001920050 |
| 37 | Rambo V Productions, Inc. | *Rambo V: Last Blood* | PA0002202971 |
| 38 | Voltage Holdings, LLC | *Revolt f/k/a Prisoners of War* | PA0002047480, PAu003854989 |
| 39 | Millennium Funding, Inc. | *Septembers of Shiraz* | PA0002038711, PAu003740540 |
| 40 | Voltage Holdings, LLC | *Shock and Awe* | PAu003925891, TXu002030507 |
| 41 | Speed Kills Productions, Inc. | *Speed Kills* | PAu 3924057, PAu3882363 |
| 42 | Voltage Holdings, LLC | *Status Update* | PAu003867210, PAu003850446 |
| 43 | Millennium Funding, Inc. | *Survivor* | PA0001956191, PAu003749574 |
| 44 | Nikola Productions, Inc. | *Tesla* | PAu003998966 |

| 45 | Wonder One, LLC | *The 2nd* | PAu004025415 |
|---|---|---|---|
| 46 | Laundry Films, Inc. | *The Brass Teapot* | PAu003664393, PAu003571690 |
| 47 | Voltage Holdings, LLC | *The Cobbler* | PAu003744688, PAu003742177 |
| 48 | Voltage Holdings, LLC | *The Company You Keep* | PAu003660935, PAu003578816 |
| 49 | Bodyguard Productions, Inc. | *The Hitman's Bodyguard* | PAu003844508, PAu003849477 |
| 50 | Millennium SPVH, Inc. | *The Humbling* | PAu03760198 |
| 51 | Screen Media Ventures, LLC | *The Hurricane Heist* | PA0002147321 |
| 52 | Screen Media Ventures, LLC | *The Last Full Measure* | PAu003981677 |
| 53 | Screen Media Ventures, LLC | *The Ledge* | PAu003547363 |
| 54 | Outpost Productions, Inc. | *The Outpost* | PA0002258273, PA0002263248 |
| 55 | Voltage Holdings, LLC | *The Professor and the Madman* | PAu003920383, PAu003919285 |
| 56 | Screen Media Ventures, LLC | *Universal Soldier Day of Reckoning* | PAu003589569 |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MILLENNIUM FUNDING, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:21-cv-643 (RDA/IDD) |
| | ) | |
| SURFSHARK, LTD., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter comes before the Court on the Joint Stipulation for Dismissal of Defendant KeepSolid, Inc. d/b/a VPN Unlimited With Prejudice. Dkt. 70. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action is DISMISSED WITH PREJUDICE as to Defendant KeepSolid, Inc. The Court specifically retains jurisdiction over this action for 180 days for the purpose of enforcing the Settlement Agreement in accordance with its terms.

The Clerk is directed to forward copies of this Order to counsel of record and close this civil action.

It is SO ORDERED.

Alexandria, Virginia
January 14, 2022

/s/
Rossie D. Alston, Jr.
United States District Judge